1  Jack Silver, Esq. SB #160575
LAW OFFICE OF JACK SILVER
2  708 Gravenstein Hwy North. # 407
Sebastopol, CA 95472-2808
3  Tel.(707) 528-8175
Email: JSilverEnvironmental@gmail.com
4
David J. Weinsoff, Esq. SBN 141372
5  LAW OFFICE OF DAVID J. WEINSOFF
138 Ridgeway Avenue
6  Fairfax, CA 94930
Tel. (415) 460-9760
7  Email: david@weinsofflaw.com

8  Attorneys for Plaintiff
CALIFORNIA RIVER WATCH
9

10               UNITED STATES DISTRICT COURT

11               EASTERN DISTRICT OF CALIFORNIA

12  CALIFORNIA RIVER WATCH, an IRC          Case No.:
Section 501(c)(3), non-profit, public
13  benefit Corporation,                    **COMPLAINT FOR INJUNCTIVE
                                            RELIEF, CIVIL PENALTIES,
14                    Plaintiff,            RESTITUTION AND REMEDIATION**
        v.
15                                          (Environmental - 42 U.S.C. § 6901 *et seq.*)
CITY OF VACAVILLE,
16
                    Defendant.
17  _____/

18         NOW COMES Plaintiff, CALIFORNIA RIVER WATCH ("RIVER WATCH"), by and

19  through its attorneys, and for its Complaint against Defendant, CITY OF VACAVILLE

20  ("CITY") states as follows:

21                    **I.    NATURE OF THE CASE**

22  1.      This is a citizens' suit for relief brought by RIVER WATCH under the Federal Resource

23  Conservation and Recovery Act ("RCRA"), 42 U.S.C. § 6901 *et seq*, specifically RCRA §

24  7002(a)(1)(B), 42 U.S.C. § 6972(a)(1)(B), to prevent the CITY from repeated and ongoing

25  violations of RCRA.  These violations are detailed in the June 1, 2016 Notice of Violations and

26  Intent to File Suit ("RCRA Notice") made part of these pleadings and attached hereto as

27  EXHIBIT A.

28  2.      RIVER WATCH alleges the CITY illegally fails to ensure that its public community

water system is managed to ensure protection for public health and the environment from pollution. In this case, the CITY is transporting hexavalent chromium – a listed hazardous waste under RCRA - through the City's water system pipes to the drinking water taps in the CITY's homes, businesses, schools, and other places where residents and visitors access this potable water. The CITY's transport of hexavalent chromium in this case creates an imminent and substantial endangerment to human health or the environment in direct violation of RCRA § 7002(a)(1)(B), 42 U.S.C. § 6972(a)(1)(B). RCRA specifically includes transporters of hazardous waste within the identified class of actors liable under the statute – past or present generators, transporters of the waste, and the owners or operators of a treatment, storage or disposal facility - of any solid or hazardous waste which may present the prohibited imminent and substantial endangerment.

3.      RIVER WATCH seeks declaratory relief, injunctive relief to prohibit future violations, the imposition of civil penalties, and other relief for the CITY's violations as set forth in this Complaint.

## II.    PARTIES TO THE ACTION

4.      RIVER WATCH, is, and at all times relevant to this Complaint was, an Internal Revenue Code Section 501(c)(3) non-profit, public benefit corporation organized under the laws of the State of California with headquarters located in Sebastopol, California. The mailing address of RIVER WATCH is 290 S. Main Street, #817, Sebastopol, California. RIVER WATCH is dedicated to protecting, enhancing, and helping to restore surface and ground waters of California including rivers, creeks, streams, wetlands, vernal pools, aquifers and associated environs, biota, flora and fauna, and educating the public concerning environmental issues associated with these environs.

5.      Members of RIVER WATCH reside in or regularly visit central California including the City of Vacaville where the facilities under the CITY's operation and/or control which are the subject of this Complaint are located. RIVER WATCH members are affected by the CITY's illegal actions as alleged herein. These members have environmental and personal health and safety interests in the CITY's drinking water which interests are or may be adversely affected

1  by the CITY's violations of the RCRA as alleged herein. Furthermore, the relief sought will

2  redress the injury in fact, likelihood of future injury and interference with the interests of RIVER

3  WATCH members.

4  6.      RIVER WATCH is informed and believes, and on such information and belief alleges,

5  that Defendant City of Vacaville is now, and at all times relevant to this Complaint was, a

6  "supplier of water" as defined by 42 U.S.C. § 300f(5) and 40 C.F.R. § 121.2.  The CITY

7  operates at 650 Merchant Street, Vacaville, California.   At all times relevant hereto, the CITY

8  owned and operated a "public water system," as defined by 42 U.S.C. § 300f(4) and 40 C.F.R.

9  § 141.2 and permitted by the State Water Resources Control Board.  RIVER WATCH is

10  informed and believes, and on such belief alleges, that the CITY has no hazardous waste permit

11  issued by any California or Federal agency for the storage, treatment or disposal of hazardous

12  or solid waste at its community water systems.

13              **III.    JURISDICTIONAL ALLEGATIONS**

14  7.      Subject matter jurisdiction is conferred upon this Court by RCRA § 7002(a)(1), 42 U.S.C.

15  § 6972(a)(1), which states in relevant part,

16      ". . . any person may commence a civil action on his own behalf (A) against any
        person . . . who is alleged to be in violation of any permit, standard, regulation,
17      condition requirement , prohibition or order which has become effective
        pursuant to this chapter, or (B) against any person . . . who has contributed or
18      who is contributing to the past or present handling, storage, treatment,
        transportation or disposal of any solid or hazardous waste which may present an
19      imminent and substantial endangerment to health or the environment."

20  8.      All violations and activities complained of in this Complaint occur at the public water

21  system(s) owned and operated by the CITY.

22  9.      Members and supporters of RIVER WATCH reside in or regularly visit the CITY. The

23  health interests of RIVER WATCH and its members may be, have been, are being, and will

24  continue to be adversely affected by the CITY's unlawful violations as alleged herein.  RIVER

25  WATCH contends there exists an injury in fact to its members, causation of that injury by the

26  CITY's complained of conduct, and a likelihood that the requested relief will redress that injury.

27  10.     Pursuant to RCRA § 7002(2)(A), 42 U.S.C. § 6972(2)(A), RIVER WATCH gave notice

28  of the violations alleged in this Complaint more than ninety days prior to the commencement of

---

1  this lawsuit to: (a) the CITY, (b) the United States EPA, Federal and Regional, (c) the State of

2  California Water Resources Control Board, and (d) the State of California Department of Toxic

3  Substances Control.  The RCRA Notice is attached to this Complaint as EXHIBIT A and fully

4  incorporated herein.

5  **IV.   STATUTORY AND REGULATORY BACKGROUND**

6  11.    The California Office of Environmental Health Hazard Assessment (OEHHA) published

7  a Public Health Goal for hexavalent chromium of 0.02 micrograms per liter (µg/L) in drinking

8  water in 2011 (*see Public Health Goals for Chemicals in Drinking Water – Hexavalent*

9  *Chromium (CrVI);* *http://oehha.ca.gov/water/public-health-goal-fact-sheet/final-technical-*

10  *support-document-public-health-goal-hexavalent*).  California's maximum contamination limit

11  (MCL) is 10 µg/L.

12  12.    RCRA's statutory goals are to protect the public from harm caused by waste disposal, to

13  encourage reuse, reduction, and recycling, and to clean up spilled or improperly stored wastes.

14  RCRA specifically protects groundwater and drinking water supplies, and requires a hazardous

15  waste permit for the storage, treatment or disposal of hazardous or solid waste such as

16  hexavalent chromium (commonly referred to as chromium 6) through a community water

17  system.  The absence of such a permit poses an imminent and substantial endangerment to health

18  or to the environment under RCRA section 7002(a)(1)(B), 42 U.S.C. § 6972(a)(1)(B).

19  **V.   VIOLATIONS**

20  13.    News reports out of places named Hinkley, Woburn, Flint, and Parkersburg – front page

21  tragedies - reveal the expanding threat to our drinking water too often found laced with

22  chemicals unsafe for us to consume.  To our disbelief and dismay, public and private suppliers

23  of water here in California and nationwide, once considered unimpeachable utilities, are failing

24  to ensure the health and safety of the water sold to an unsuspecting American community.

25  Drinking water suppliers must stop proclaiming safe what its own testing reveals to be

26  contaminated, and must implement readily available and affordable technologies to remove

27  contaminants and re-establish the public's confidence in safe potable drinking water provided

28  to our homes and businesses. This Complaint addresses that concern.

14.     The CITY's Department of Utilities is responsible for the acquisition, treatment, and storage of potable water, operating the CITY's community water system permitted by the California State Water Resources Control Board, and assigned Public Water System Identification Number CA4810008.

15.     RIVER WATCH's review of the CITY's public sampling reports reveals the presence of hexavalent chromium (referred to in the CITY's sampling reports as CrVI) in the drinking water it supplies to its customers.

16.     RCRA, codified at 42 U.S.C. §§ 6901-6992k, was enacted in 1976 to protect the public from harm caused by waste disposal, to encourage reuse, reduction, and recycling, and to clean up spilled or improperly stored wastes. RCRA specifically protects groundwater and drinking water sources. The federal Environmental Protection Agency ("EPA") waste management regulations are codified at 40 C.F.R. §§ 239-282, with regulations regarding management of hazardous waste beginning at 40 C.F.R. § 260.  Pursuant to RCRA, California has enacted state law and promulgated regulations that are at least as stringent as the federal regulations.  The federal and state hazardous waste laws are implemented by the California Department of Toxic Substances Control ("DTSC"). Note that the California Regional Water Quality Control Board – Central Valley Region's Water Quality Control Plan ("Basin Plan") designates all surface and groundwater at or near the wells identified in this Notice as capable of supporting industrial and domestic water supply.

17.     RCRA defines "hazardous waste" as "a solid waste, or combination of solid wastes, which because of its quantity, concentration, or physical, chemical, or infectious characteristics may – (A) cause, or significantly contribute to an increase in mortality or an increase in serious, irreversible, or incapacitating reversible, illness; or (B) pose a substantial present or potential hazard to human health or the environment when improperly treated, stored, transported, or disposed of, or otherwise managed." 42 U.S.C. § 6903(5).  The term "solid waste" includes "any … discarded material, including solid, liquid, semisolid, or contained gaseous material resulting from industrial, commercial, mining, and agricultural operations, or community activities …" 42 U.S.C. § 6903(27).  RIVER WATER alleges that hexavalent chromium in the CITY's water

1   supply is a waste that is stored, transported or otherwise managed by the CITY from its water

2   supply treatment plant and facilities.

3   18.     River Watch contends that the CITY's alleged storage, transport, and management of

4   hexavalent chromium in the source water drawn from its wells and surface water sources

5   identified as TWIPS WTP (Wells 1, 6, & 13), WTP, Well 15, North Bay Regional WTP, Well

6   14, Well 9, Well 8, Well 5, Well 3, Well 2, Well 16, Distribution System – SW, and Distribution

7   System – GW, and supplied through its pipes into the homes, businesses, and other public and

8   private taps of its customers in the Vacaville community, presents an imminent and substantial

9   endangerment to human health or the environment pursuant to 42 U.S.C. § 6972(a)(1)(B).

10  19.     The United States National Toxicology Program, headquartered at the National Institute

11  of Environmental Health Sciences (NIH-HHS) states that while "[c]hromium is a naturally

12  occurring element found in rocks, animals, plants, soil, and volcanic dust and gases," the form

13  of chromium known as hexavalent chromium "is generally produced by industrial processes."

14  Hexavalent chromium is "widely used in electroplating, stainless steel production, leather

15  tanning, textile manufacturing, and wood preservation."  "Hexavalent chromium compounds

16  have been shown to cause lung cancer in humans when inhaled.  The "13[th] Report on

17  Carcinogens" lists hexavalent chromium compounds as known human carcinogens." "In 2014,

18  the state of California used NTP findings to establish the first in the nation drinking water

19  standard of 10 parts per billion, specifically for hexavalent chromium, not total chromium." (*See*

20  *https://www.niehs.nih.gov/health/materials/hexavalent_chromium_508.pdf*).

21  20.     The California Office of Environmental Health Hazard Assessment (OEHHA) published

22  a Public Health Goal for hexavalent chromium of 0.02 micrograms per liter (µg/L) in drinking

23  water in 2011 (*see Public Health Goals for Chemicals in Drinking Water – Hexavalent*

24  *Chromium  (CrVI);  http://oehha.ca.gov/water/public-health-goal-fact-sheet/final-technical-*

25  *support-document-public-health-goal-hexavalent*).

26  21.     California's Safe Drinking Water and Toxic Enforcement Act of 1986 (commonly

27  referred to as "Prop  65") identified chromium (hexavalent compounds) in 1987 as one of the

28  first compounds regulated under the statute (*see http://oehha.ca.gov/proposition-65-list.*).

22. California's MCL for hexavalent chromium is 10 µg/L. The CITY admits that five of its eleven ground water wells have CrVI between 10 ppb and 24 ppb, and will not be reduced below 10 µg/L before January 1, 2020.

23. While hexavalent chromium has long been recognized as a potent carcinogen via inhalation, there is now sufficient evidence that it is also a carcinogenic by the oral route of exposure. Further, while hexavalent chromium can leach from soil into groundwater, in high levels as found in the CITY's sampling (> 1 µg/L), its presence is generally attributable to anthropogenic sources such as electroplating factories, leather tanneries, textile manufacturing facilities, aerospace, and similar industries.

24. RCRA requires that the environment and public be protected from hazardous wastes including those transported by the CITY via the wells and surface waters identified above. The specific pollutant, hexavalent chromium, both identified and transported by the CITY, constitutes hazardous waste under RCRA, and is required to be managed such that potential and actual harm to the environment and public is eliminated. In addition to hexavalent chromium, the CITY further identifies in its public sampling reports the list of chemicals identified in Paragraph 25 below that are present in the sources of drinking water the CITY supplies. Not all of the chemicals are accompanied by sampling results and the sampling report provides no information concerning the synergistic impact and effect resulting from the total number and amount of chemicals from each source water.

25. Additional listed chemicals in the CITY's public sampling report include: 1,1-dichloroethane, 1,2,3-trichloropropane, 1,3 butadiene, bromomethane, chlorate, chloromethane, halon 1011, HCFC-22, PFBS, PFHpA, PFHxS, PFNA, PFOA, PFOS, cobalt, molybdenum, strontium and vanadium.

26. RIVER WATCH alleges the CITY to be a past or present transporter of pollutants, which have contributed to or which are contributing to the past or present handling, storage, treatment, and transportation of hazardous waste which may present an imminent and substantial endangerment to health or the environment. RIVER WATCH alleges the CITY transports hexavalent chromium which is a "hazardous waste" and "solid waste" under RCRA, through its

community public water systems.  As referenced fully in the RCRA Notice, the EPA describes clearly the dangers to human health and environment associated with the hazardous wastes identified in this Complaint and discharged by the CITY when consumed in drinking water.

## VI.    FIRST CLAIM FOR RELIEF

**Violations of RCRA - 42 U.S.C. § 6972(a)(1)(B) –**
**Imminent and Substantial Endangerment to Health or to the Environment**

RIVER WATCH incorporates by reference the allegations of Paragraphs 1 through 26 as though fully set forth herein, including all allegations in the RCRA Notice.  River Watch is informed and believes, and on such information and belief, alleges as follows:

27.    The pollutants identified in the preceding paragraphs of this Complaint are known carcinogens or reproductive toxins, and when released into the environment in sufficient quantity, pose an imminent or substantial risk to public health or to the environment in general. The amount of said pollutants used, handled, stored, transported, disposed of or treated by the CITY is in sufficient quantity to pose an imminent or substantial risk to environment or to human health.

28.    The CITY is of the class of entities covered by RCRA § 7002(a)(1)(B), 42 U.S.C. 6972(a)(1)(B) as a past and present transporter of hazardous or solid waste, and as a past and present owner and operator of a water treatment facility which has contributed and is contributing to the past and present treatment, transportation, and disposal of solid and hazardous waste which may present an imminent and substantial endangerment to health or the environment, by virtue of the activities and endangerment as alleged in the preceding paragraphs of this Complaint, and by reason of the following:

    a.    The presence of the contaminant hexavalent chromium in the CITY's public water supply system in excess of PHG and California MCLs;

    b.    Treating and transporting hexavalent chromium as well as other pollutants through the CITY's public water system;

    c.    Failing to operate the CITY's public water system properly to ensure that constituents in the water supply are not in excess of established PHGs or

California MCLs;

    d.    Transporting water that contains hexavalent chromium, a solid and hazardous waste, and other pollutants into homes and businesses in an amount that may pose an imminent and substantial threat to health;

    e.    Disposing of water that contains hexavalent chromium, a solid and hazardous waste, and other pollutants into the environment in an amount that may pose an imminent and substantial threat to health to the environment,

    f.    Being the owner or operator of the community public water system through which said chemicals of concern are transported.

29.    The levels of pollutants in the CITY's community public water system remain high above the safe levels for said constituents, creating an imminent and substantial endangerment to public health or the environment.

30.    The violations by the CITY as alleged in this Complaint are ongoing and will continue after the filing of this Complaint. RIVER WATCH alleges herein all violations which may have occurred or will occur prior to trial, but for which data may not have been available or submitted or apparent from the face of the reports or data submitted by the CITY to the California State Water Resources Control Board prior to the filing of this Complaint. RIVER WATCH will amend the pleadings if necessary to address the CITY's Federal violations which may occur after the filing of this Complaint. Each of the CITY's violations is a separate violation of the RCRA.

31.    RIVER WATCH alleges that without the imposition of appropriate civil penalties and the issuance of appropriate equitable relief, the CITY will continue to violate RCRA as well as Federal standards with respect to the enumerated discharges and releases alleged herein. Further, that the relief requested in this Complaint will redress the injury to RIVER WATCH and its members, prevent future injury, and protect the interests of its members which are or may be adversely affected by the CITY's violations of RCRA.

32.    RIVER WATCH alleges that continuing violations of RCRA by the CITY will irreparably harm RIVER WATCH and its members, for which harm RIVER WATCH and its members have no plain, speedy or adequate remedy at law.

# VIII.   RELIEF REQUESTED

WHEREFORE, RIVER WATCH prays that the Court grant the following relief:

33.   Declare the CITY to have violated and to be in violation of RCRA;

34.   Issue an injunction (i) ordering the CITY to immediately operate its community public water system in compliance with RCRA and (ii) enjoining the CITY from discharging chemicals and chemical constituents from the CITY's community public water system which pose an imminent and substantial risk to human health and the environment;

35.   Order the CITY to provide public notification by mail and through newspapers of general circulation within two (2) days of receipt of a laboratory report identifying a level of hexavalent chromium above 10 µg/L to parents/guardians of children, pregnant women, the elderly, and the infirm (among other at-risk individuals from hexavalent chromium in drinking water);

36.   Order the CITY to revise the public document titled ("Important Information About Your Drinking Water"), (a true copy of which is attached to this Complaint as Exhibit B), to delete the text River Watch identifies in [brackets], and revise and replace the text provided under the heading "What should I do" to read:

•   Because the levels of hexavalent chromium are above the State MCL, water used for drinking and bathing poses a potential increased risk of cancer.

•   Vacaville children, seniors, and those with particular health concerns should contact their doctor to discuss whether to stop using water supplied by the City of Vacaville and seek a substitute source.

37.   Order the CITY to fund a Supplemental Environmental Project providing potable drinking water to parents/guardians of children, pregnant women, the elderly, and the infirm (among other at-risk individuals from hexavalent chromium in drinking water) whose doctors provide a written request to the CITY;

38.   Order the CITY to pay civil penalties per violation/per day for its violations of the RCRA;

39.   Order the CITY to pay RIVER WATCH's reasonable attorneys' fees and costs (including

expert witness fees); and,

40.   Grant such other and further relief as may be just and proper.


DATED: March 13, 2017          LAW OFFICE OF JACK SILVER

                               By:_____
                                    Jack Silver


                               LAW OFFICE OF DAVID WEINSOFF

                               By: _____
                                    David Weinsoff


                               Attorneys for Plaintiff
                               CALIFORNIA RIVER WATCH



# EXHIBIT A

# Law Office of Jack Silver



P.O. Box 5469        Santa Rosa, California 95402
Phone  707-528-8175     Fax  707-528-8675
lhm28843@sbcglobal.net

*VIA REGISTERED MAIL -*
*RETURN RECEIPT REQUESTED*

June 1, 2016

Royce Cunningham - Director of Utilities        Laura Kuhn - City Manager
Head of Agency                                  Members of the City Council
City of Vacaville - Dept. of Utilities          City of Vacaville
Administrative Offices                          650 Merchant Street
6040 Vaca Station Road                          Vacaville, CA 95625
P.O. Box 220
Elmira, CA 95625

     **Re:   Notice of Violations and Intent to File Suit Under the Resource
        Conservation and Recovery Act**

Dear Mr. Cunningham, Ms. Kuhn, Members of the City Council and Head of Agency:

## NOTICE

News reports out of places named Hinkley, Woburn, Flint, and Parkersburg – front page tragedies - reveal the expanding threat to our drinking water too often found laced with chemicals unsafe for us to consume.  To our disbelief and dismay, public and private suppliers of water here in California and nationwide, once considered unimpeachable utilities, are failing to ensure the health and safety of the water sold to an unsuspecting American community. Drinking water suppliers must stop proclaiming safe what its own testing reveals to be contaminated, and must implement readily available and affordable technologies to remove contaminants and re-establish the public's confidence in safe potable drinking water provided to our homes and businesses. This Notice addresses that concern.

On behalf of California River Watch ("River Watch"), this letter provides statutory notification ("Notice") to the City of Vacaville ("the City") of continuing and ongoing violations of the Federal Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. § 6901 *et seq*., relating to the continuing pollution transported through groundwater

City of Vacaville
Notice of Violations Under RCRA
Page 2
June 1, 2016

pumped from City wells and surface water sources to its residents and customers in Vacaville, California.   The City's Department of Utilities is responsible for the acquisition, treatment, and storage of potable water, operating the City's community water system permitted by the California State Water Resources Control Board, and assigned Public Water System Identification Number CA4810008.

RCRA requires that a private party provide 90 days prior notice to the alleged violator, the Administrator of the EPA, and the State in which the violation is alleged to have occurred before initiating an action which alleges violations resulting in imminent and substantial endangerment to human health or the environment.   RCRA requires, among its provisions, that hazardous waste be tracked from the time of its generation to the time of its disposal, and further requires that such waste not be disposed of in a manner which may create a danger to human health or to the environment.

As detailed in this Notice, River Watch's review of the City's public sampling reports during the period September 10, 2013 to June 18, 2014 reveals the presence of the pollutant hexavalent chromium (referred to in the City's sampling reports as CrVI)  in the drinking water it supplies to its City customers.   This Notice identifies considerable public data provided to the State of California by the City, including the level of CrVI found in the drinking water supplies, the specific wells sampled, the dates on which sampling occurred, and the public health standards (where available) applicable to each pollutant.   This data is the foundation for, and supports River Watch's allegation that, the City's transport of hazardous waste from the location of the source water to the tap creates an imminent and substantial endangerment to human health or the environment in violation of RCRA.

RCRA provides that enforcement of the statute's requirements relating to "cradle to grave" regulation can be ensured by private parties acting under the citizen suit provision of the statute (*see* 42 U.S.C. § 6972(a)(1)(B)).   River Watch is exercising such citizen enforcement to enforce compliance by the City with all RCRA permitting and regulatory requirements.   This RCRA Notice regarding alleged violations of the statute includes sufficient information to permit the City to identify the following:

1.      Specific Permit, Standard, Regulation, Condition, Requirement, or Order Which has Allegedly Been Violated.

RCRA, codified at 42 U.S.C. §§ 6901-6992k, was enacted in 1976 to protect the public from harm caused by waste disposal, to encourage reuse, reduction, and recycling, and to clean up spilled or improperly stored wastes. RCRA specifically protects

City of Vacaville
Notice of Violations Under RCRA
Page 3
June 1, 2016

groundwater and drinking water sources. The federal Environmental Protection Agency ("EPA") waste management regulations are codified at 40 C.F.R. §§ 239-282, with regulations regarding management of hazardous waste beginning at 40 C.F.R. § 260. Pursuant to RCRA, California has enacted state law and promulgated regulations that are at least as stringent as the federal regulations.  The federal and state hazardous waste laws are implemented by the California Department of Toxic Substances Control ("DTSC"). Note that the California Regional Water Quality Control Board – Central Valley Region's Water Quality Control Plan ("Basin Plan") designates all surface and groundwater at or near the wells identified in this Notice as capable of supporting industrial and domestic water supply.

RCRA defines "hazardous waste" as "a solid waste, or combination of solid wastes, which because of its quantity, concentration, or physical, chemical, or infectious characteristics may – (A) cause, or significantly contribute to an increase in mortality or an increase in serious, irreversible, or incapacitating reversible, illness; or (B) pose a substantial present or potential hazard to human health or the environment when improperly treated, stored, transported, or disposed of, or otherwise managed."  42 U.S.C. § 6903(5).  The term "solid waste" includes "any … discarded material, including solid, liquid, semisolid, or contained gaseous material resulting from industrial, commercial, mining, and agricultural operations, or community activities …" 42 U.S.C. § 6903(27). River Water alleges that CrVI in the City water supply is a waste that is stored, transported or otherwise managed by the City from its water supply treatment plant and facilities.

River Watch contends that the City's alleged storage, transport, and management of CrVI in the source water drawn from its wells and surface water sources identified as TWIPS WTP (Wells 1, 6, & 13), WTP, Well 15, North Bay Regional WTP, Well 14, Well 9, Well 8, Well 5, Well 3, Well 2, Well 16, Distribution System – SW, and Distribution System – GW, and supplied through its pipes into the homes, businesses, and other public and private taps of its customers in the Vacaville community, presents an imminent and substantial endangerment to human health or the environment pursuant to 42 U.S.C. § 6972(a)(1)(B).

The following federal and California references support River Watch's allegation:

- The United States National Toxicology Program, headquartered at the National Institute of Environmental Health Sciences (NIH-HHS) states that while "[c]hromium is a naturally occurring element found in rocks, animals, plants, soil, and volcanic dust and gases," the form of chromium known as hexavalent

City of Vacaville
Notice of Violations Under RCRA
Page 4
June 1, 2016

chromium "is generally produced by industrial processes."  Hexavalent chromium
is "widely used in electroplating, stainless steel production, leather tanning, textile
manufacturing, and wood preservation."  "Hexavalent chromium compounds have
been shown to cause lung cancer in humans when inhaled.  The "13th Report on
Carcinogens" lists hexavalent chromium compounds as known human
carcinogens." "In 2014, the state of California used NTP findings to establish the
first in the nation drinking water standard of 10 parts per billion, specifically for
h e x a v a l e n t   c h r o m i u m ,   n o t   t o t a l   c h r o m i u m . "   ( S e e
*https://www.niehs.nih.gov/health/materials/hexavalent_chromium_508.pdf*).

- The California Office of Environmental Health Hazard Assessment (OEHHA)
published a Public Health Goal for hexavalent chromium of 0.02 micrograms per
liter (µg/L) in drinking water in 2011 (*see Public Health Goals for Chemicals in
Drinking Water – Hexavalent Chromium (CrVI); http://oehha.ca.gov/water/public-
health-goal-fact-sheet/final-technical-support-document-public-health-goal-
hexavalent*).

- California's Safe Drinking Water and Toxic Enforcement Act of 1986 (commonly
referred to as "Prop 65") identified chromium (hexavalent compounds) in 1987 as
one of the first compounds regulated under the statute (*see
http://oehha.ca.gov/proposition-65-list.*).

Note that while hexavalent chromium has long been recognized as a potent
carcinogen via inhalation, there is now sufficient evidence that it is also a carcinogenic by
the oral route of exposure.  Further, while hexavalent chromium can leach from soil into
groundwater, in high levels as found in the City's sampling (> 1 µg/L), its presence is
generally attributable to anthropogenic sources such as electroplating factories, leather
tanneries, textile manufacturing facilities, aerospace, and similar industries.

2.   The Activity Alleged to Constitute a Violation.

River Watch sets forth narratives in this Notice describing with particularity the
activities leading to the alleged violations.  In summary, RCRA requires that the
environment and public be protected from hazardous wastes including those transported
by the City via the wells and surface waters identified in Paragraph 1 above. The specific
pollutant, hexavalent chromium, both identified and transported by the City, constitutes
hazardous waste under RCRA, and is required to be managed such that potential and
actual harm to the environment and public is eliminated.  Hexavalent chromium is
allegedly present in the following sources of City drinking water:

City of Vacaville
Notice of Violations Under RCRA
Page 5
June 1, 2016

- TWIPS WTP (Wells 1, 6 & 13) (Facility Identification # 90001)

Sample Point ID - 4810008001
Sample Point Name - TWIPS WTP Eff.
Sample Date - May 26, 2014
Sample Amount – 5.4 µg/L

Sample Point ID - 4810008001
Sample Point Name - TWIPS WTP Eff.
Sample Date – September 10, 2013
Sample Amount – 6.9 µg/L

- WTP (Facility Identification # 91801)

Sample Point ID - 4810008801
Sample Point Name – EP #11:WTP Eff.
Sample Date – May 26, 2014
Sample Amount – 0.61 µg/L

Sample Point ID - 4810008801
Sample Point Name – EP #11: WTP Eff.
Sample Date – June 18, 2014
Sample Amount –  0.78 µg/L

Sample Point ID - 4810008801
Sample Point Name – EP #11: WTP Eff.
Sample Date – September 10, 2013
Sample Amount –  0.98 µg/L

- Well 15 (Facility Identification # 91802)

Sample Point ID - 4810008802
Sample Point Name – EP #32 – Well 15 Treated
Sample Date – March 12, 2014
Sample Amount –  11 µg/L

City of Vacaville
Notice of Violations Under RCRA
Page 6
June 1, 2016


Sample Point ID - 4810008802
Sample Point Name – EP #32 – Well 15 Treated
Sample Date – September 10, 2013
Sample Amount –   12 µg/L


- North Bay Regional WTP (Facility Identification # 91804)

Sample Point ID - 4810008804
Sample Point Name – EP #27: North Bay Regional WTP Eff.
Sample Date – December 4, 2013
Sample Amount –  0.15 µg/L


Sample Point ID - 4810008804
Sample Point Name – EP #27: North Bay Regional WTP Eff.
Sample Date – March 12, 2014
Sample Amount – 0.13 µg/L


Sample Point ID - 4810008804
Sample Point Name – EP #27: North Bay Regional WTP Eff.
Sample Date – June 18, 2014
Sample Amount –  0.12 µg/L


Sample Point ID - 4810008804
Sample Point Name – EP #27: North Bay Regional WTP Eff.
Sample Date – September 10, 2013
Sample Amount – 0.07 µg/L


- Well 14 (Facility Identification # 91805)

Sample Point ID - 4810008805
Sample Point Name – EP #23: Well 14 Treated
Sample Date – May 26, 2014
Sample Amount – 19 µg/L


Sample Point ID - 4810008805
Sample Point Name – EP #23: Well 14 Treated
Sample Date – September 10, 2013
Sample Amount – 18 µg/L

City of Vacaville
Notice of Violations Under RCRA
Page 7
June 1, 2016


- Well 9 (Facility Identification # 91807)

Sample Point ID - 4810008807
Sample Point Name – EP #21: Well 9 Treated
Sample Date – March 12, 2014
Sample Amount – 16 µg/L

Sample Point ID – 4810008807
Sample Point Name – EP #21: Well 9 Treated
Sample Date – September 10, 2013
Sample Amount – 16 µg/L


- Well 8 (Facility Identification # 91808)

Sample Point ID - 4810008808
Sample Point Name – EP #20: Well 8 Treated
Sample Date – December 4, 2013
Sample Amount – 10 µg/L

Sample Point ID - 4810008808
Sample Point Name – EP #20: Well 8 Treated
Sample Date – June 18, 2014
Sample Amount – 7.7 µg/L


- Well 5 (Facility Identification # 91811)

Sample Point ID - 4810008811
Sample Point Name – EP #17: Well 5 Treated
Sample Date – March 12, 2014
Sample Amount -2.8 µg/L

Sample Point ID - 4810008811
Sample Point Name – EP #17: Well 5 Treated
Sample Date – September 10, 2013
Sample Amount -2.4 µg/L

City of Vacaville
Notice of Violations Under RCRA
Page 8
June 1, 2016

- Well 3 (Facility Identification # 91812)

Sample Point ID - 4810008812
Sample Point Name - EP #16: Well 3 Treated
Sample Date – March 12, 2014
Sample Amount – 13 µg/L

Sample Point ID - 4810008812
Sample Point Name - EP #16: Well 3 Treated
Sample Date – September 10, 2013
Sample Amount – 14 µg/L

- Well 2 (Facility Identification # 91813)

Sample Point ID - 4810008813
Sample Point Name - EP #15: Well 2 Treated
Sample Date – March 12, 2014
Sample Amount – 4.4 µg/L

Sample Point ID - 4810008813
Sample Point Name - EP #15: Well 2 Treated
Sample Date – September 10, 2013
Sample Amount – 3.5 µg/L

- Well 16 (Facility Identification # 91815)

Sample Point ID - 4810008815
Sample Point Name – EP #31: Well 16 Treated
Sample Date – December 4, 2013
Sample Amount – 20 µg/L

Sample Point ID - 4810008815
Sample Point Name – EP #31: Well 16 Treated
Sample Date – June 18, 2014
Sample Amount – 18 µg/L

City of Vacaville
Notice of Violations Under RCRA
Page 9
June 1, 2016


- Distribution System - SW (Facility Identification # 99001)

Sample Point ID – 4810008991
Sample Point Name – DBP2-2:1000 Ulatis Dr
Sample Date – October 31, 2013
Sample Amount – 0.22 µg/L

Sample Point ID – 4810008991
Sample Point Name – DBP2-2:1000 Ulatis Dr
Sample Date – December 4, 2013
Sample Amount – 0.16 µg/L

Sample Point ID – 4810008991
Sample Point Name – DBP2-2:1000 Ulatis Dr
Sample Date – March 12, 2014
Sample Amount – 9.8 µg/L

Sample Point ID – 4810008991
Sample Point Name – DBP2-2:1000 Ulatis Dr
Sample Date – June 18, 2014
Sample Amount – 2 µg/L

Sample Point ID – 4810008992
Sample Point Name – DPB2-1:Hidden Valley Lane
Sample Date – December 4, 2013
Sample Amount – 1.2 µg/L

Sample Point ID – 4810008992
Sample Point Name – DPB2-1:Hidden Valley Lane
Sample Date – March 12, 2014
Sample Amount – 2.2 µg/L

Sample Point ID – 4810008992
Sample Point Name – DPB2-1:Hidden Valley Lane
Sample Date – June 18, 2014
Sample Amount – 0.74 µg/L

City of Vacaville
Notice of Violations Under RCRA
Page 10
June 1, 2016


Sample Point ID – 4810008992
Sample Point Name – DPB2-1:Hidden Valley Lane
Sample Date – September 10, 2013
Sample Amount – 0.81 µg/L


- Distribution System - GW (Facility Identification # 99002)

Sample Point ID – 4810008987
Sample Point Name – TCR #16: 811 Eubanks Dr
Sample Date – March 12, 2014
Sample Amount – 15 µg/L


Sample Point ID – 4810008987
Sample Point Name – TCR #16: 811 Eubanks Dr
Sample Date – September 10, 2013
Sample Amount – 12 µg/L


Sample Point ID – 4810008989
Sample Point Name – TCR #15: Winding Way
Sample Date – March 12, 2014
Sample Amount – 11 µg/L


Sample Point ID – 4810008989
Sample Point Name – TCR #15: Winding Way
Sample Date – September 10, 2013
Sample Amount – 16 µg/L


Sample Point ID – 4810008990
Sample Point Name – TCR #13: 1000 Hitchcock Dr
Sample Date – March 12, 2014
Sample Amount – 16 µg/L


Sample Point ID – 4810008990
Sample Point Name – TCR #13: 1000 Hitchcock Dr
Sample Date – September 10, 2013
Sample Amount – 16 µg/L

City of Vacaville
Notice of Violations Under RCRA
Page 11
June 1, 2016


Sample Point ID – 4810008994
Sample Point Name – TCR #25: Genentech
Sample Date – March 12, 2014
Sample Amount – 13 µg/L

Sample Point ID – 4810008994
Sample Point Name – TCR #25: Genentech
Sample Date – September 10, 2013
Sample Amount – 15 µg/L

Sample Point ID – 4810008997
Sample Point Name – TCR #10: Arbor Oaks Park
Sample Date – March 12, 2014
Sample Amount – 9.2 µg/L

Sample Point ID – 4810008997
Sample Point Name – TCR #10: Arbor Oaks Park
Sample Date – September 10, 2013
Sample Amount – 0.1 µg/L

Sample Point ID – 4810008999
Sample Point Name – TCR #8: Southwood Ct
Sample Date – March 12, 2014
Sample Amount – 4.7 µg/L

Sample Point ID – 4810008999
Sample Point Name – TCR #8: Southwood Ct
Sample Date – September 10, 2013
Sample Amount – 0.08 µg/L


In addition to hexavalent chromium, the City further identifies in its public sampling reports the list of chemicals below that are present in the sources of drinking water the City supplies.  Not all of the chemicals are accompanied by sampling results and the sampling report provides no information concerning the synergistic impact and effect resulting from the total number and amount of chemicals from each source water.

City of Vacaville
Notice of Violations Under RCRA
Page 12
June 1, 2016

Additional Listed Chemicals in the Public Sampling Report:

    1,1-dichloroethane
    1,2,3-trichloropropane
    1,3 butadiene
    Bromomethane
    chlorate
    chloromethane
    Halon 1011
    HCFC-22
    PFBS
    PFHpA
    PFHxS
    PFNA
    PFOA
    PFOS
    chromium
    cobalt
    molybdenum
    strontium
    vanadium

3.    <u>The person or persons responsible for the alleged violation.</u>

The entity responsible for the alleged violations identified in this Notice is the City of Vacaville, referred to as "the City" throughout this Notice.

4.    <u>The Date or Dates of Violations or a Reasonable Range of Dates During Which the Alleged Activities Occurred.</u>

The range of dates covered by this Notice is from May 31, 2011, to May 31, 2016. River Watch may from time to time update this Notice to include all violations of RCRA by the City which occur during and after this time period.  Some violations are continuous, and therefore each day constitutes a violation.

City of Vacaville
Notice of Violations Under RCRA
Page 13
June 1, 2016

5.    The full name, address, and telephone number of the person giving notice.

The entity giving this Notice is California River Watch, referred to herein as "River Watch."  River Watch is an IRC § 501(c)(3) non-profit, public benefit Corporation organized under the laws of the State of California, with headquarters located in Sebastopol, California and offices in Los Angeles, California. The mailing address of River Watch's northern California office is 290 S. Main Street, #817, Sebastopol, CA 95472.  River Watch is dedicated to protecting, enhancing, and helping to restore surface and ground waters of California including rivers, creeks, streams, wetlands, vernal pools, aquifers and associated environs, biota, flora and fauna, and educating the public concerning environmental issues associated with these environs.

River Watch members residing and/or recreating in the City's customer-based area of Vacaville and the surrounding watershed have a vital interest in bringing the City's operations into compliance with RCRA.

River Watch has retained legal counsel with respect to the issues raised in this Notice.  All communications should be directed to:

Jack Silver, Esq.                          David J. Weinsoff, Esq.
Law Office of Jack Silver              Law Office of David J. Weinsoff
P.O. Box 5469                            138 Ridgeway Avenue
Santa Rosa, CA 95402-5469         Fairfax, CA 94930
Tel. 707-528-8175                       Tel. 415-460-9760
Email: lhm28843@sbcglobal.net     Email: david@weinsofflaw.com

## RECOMMENDED REMEDIAL MEASURES

River Watch requests full investigation by the City of the drinking water supplied through the wells identified in this Notice, including the following actions:

a.  A survey of "at risk" recipients.  At risk recipients are those City customers receiving CrVI-tainted water above the OEHHA maximum allowable dose of 8 μg/day;

b.  A survey of "compromised" recipients.  A compromised recipient is one whose health is at a higher risk of CrVI exposure than the general public.  Compromised recipients include, but are not limited to, infants, children, the elderly, and those who are immuno-compromised;

City of Vacaville
Notice of Violations Under RCRA
Page 14
June 1, 2016

c. Providing bottled water or point-of-use purified water to compromised recipients until CrVI in recipient water is reduced to safe levels; and

d. Reducing the CrVI in recipient water to safe levels.

**CONCLUSION**

The violations set forth in this Notice effect the health and enjoyment of members of River Watch who may reside, work, and/or recreate in the affected community identified herein.  Their health, property rights, use, and enjoyment of this area may be specifically impaired by the City's alleged violations of RCRA as set forth in this Notice.

RCRA provides for citizen enforcement actions against any "person … including a past or present generator, past or present transporter … who has contributed or who is contributing to the past or present handling, storage, treatment, transportation, or disposal or any solid or hazardous waste which may present an imminent and substantial endangerment to health or the environment." 42 U.S.C. § 6972(a)(1)(B).  This provision of the statute provides for injunctive relief.  Violators of the Act are also subject to an assessment of civil penalties of up to $37,500 per day/per violation for all violations pursuant to Section 3008 of the Act, 42 U.S.C. § 6928.  *See also* 40 C.F.R. §§ 19.1-19.4.  River Watch believes this Notice sufficiently states grounds for filing suit in federal court under the "citizen suit" provisions of RCRA to obtain the relief provided for under the law.

RCRA specifically provides a **90-day "notice period"** to promote resolution of disputes.  River Watch encourages the City to contact counsel for River Watch within **20 days** after receipt of this Notice to: (1) initiate a discussion regarding the allegations detailed in this Notice, and (2) set a date for a site visit.  In the absence of productive discussions to resolve this dispute, or receipt of additional information demonstrating that the City has eliminated the hazardous and solid wastes identified in this Notice from it water supply, River Watch will have cause to file a citizen's suit under RCRA when the 90-day notice period ends.

Very truly yours,

Jack Silver

JS:lhm

City of Vacaville
Notice of Violations Under RCRA
Page 15
June 1, 2016

*Service List*

Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Regional Administrator
U.S. Environmental Protection Agency, Region 9
75 Hawthorne Street
San Francisco, CA 94105

Executive Director
State Water Resources Control Boar
P.O. Box 100
Sacramento, California  95812-0100

Director
California Department of Toxic Substances Control
P.O. Box 806
Sacramento, CA 95812-0806

Gerald L Hobrecht, Esq.
Office of the City Attorney
City of Vacaville
650 Merchant Street
Vacaville, CA 95688

# EXHIBIT B

# IMPORTANT INFORMATION ABOUT YOUR DRINKING WATER

Este informe contiene información muy importante sobre su agua potable.
Tradúzcalo o hable con alguien que lo entienda bien.

## New State of California's Hexavalent Chromium Drinking Water Standard

The State of California passed a new maximum contaminant level (MCL) for hexavalent chromium.  On July 1, 2014 a new California MCL of 0.010 mg/L (10 parts per billion (ppb)) for hexavalent chromium became effective.  In accordance with state regulations, the City started quarterly monitoring of all wells for hexavalent chromium by January 1st, 2015.  Water sample results received over the last four (4) quarters showed hexavalent chromium levels of <0.0002 – 0.024 mg/L (<0.2 – 24.0 ppb).  Some of these results exceed the State's new MCL of 0.010 mg/L (10 ppb).

At the same time, the hexavalent chromium level in our groundwater supply currently continues to meet the Unites States Environmental Protection Agency (US EPA) MCL for total chromium, which includes hexavalent chromium, at 0.1 mg/L (100 ppb).

The State of California passed SB 385 on September 4, 2015 which requires water systems to prepare a Corrective Action Plan and grants a period of time to achieve compliance with the new State MCL.  The State requires compliance by January 1, 2020.  The City of Vacaville's Corrective Action Plan was submitted on October 30, 2015 and is currently being reviewed by the State Division of Drinking Water.

Although this is not an emergency, as our customers, you have a right to know what happened, what you should do, and what the City is doing to address hexavalent chromium and meet the new State MCL.

We routinely monitor for the presence of drinking water contaminants in our water supplies sources, and in the treated drinking water distributed to our customers. We will continue to monitor for the level of hexavalent chromium and provide you with regular notices, at least twice a year.

**What happened?**

The City of Vacaville gets it's drinking water from two surface water sources (Lake Berryessa through the Putah South Canal and the Sacramento Delta through the Northbay Aqueduct), and from eleven (11) deep groundwater wells.  All sources provide water into the City's combined distribution system when they are in operation.  Of these sources, water from five of the eleven deep wells naturally contain hexavalent chromium above the new California MCL. Prior to the State lowering the MCL from 0.050 mg/L to 0.010 mg/L in 2014, the City of Vacaville met all drinking water standards.

**What should I do?**

- **You do not need to use an alternate water supply (e.g., bottled water).**

- <u>This is not an immediate risk.</u>  If it had been, you would have been notified immediately. However, *some people who drink water containing hexavalent chromium in excess of the MCL over many years may have an increased risk of getting cancer.*

- If you have other health issues or concerns regarding your consumption of this water, you may wish to consult your doctor.

**What is being done?**

The City of Vacaville is taking steps to provide water with hexavalent chromium at or below the MCL. However, adding hexavalent chromium treatment to the wells will take considerable time and money. As previously mentioned, we have a plan for achieving full compliance with the new MCL before the January 1, 2020 deadline.

Future notices will provide updated information on actions being taken in accordance with the compliance plan. Updated information can also be found on the City's Website at: http://www.cityofvacaville.com/index.aspx?page=810

If you have any questions, please contact Tony Pirondini, Water Quality Manager at 707-469-6439, or email him at tony.pirondini@cityofvacaville.com, or call the Utilities Department main line at 707-469-6400.

*Please share this information with all the other people who drink this water, especially those who may not have received this notice directly (for example, people in apartments, nursing homes, schools, and businesses).  You can do this by posting this public notice in a public place or distributing copies by hand or mail.*

This letter is delivered to you from City of Vacaville Public Water System.

State Water System ID#: 48-10008          Date: <u>1st Quarter, 2016</u>