1  Gregory J. Newmark (SBN: 190488)
   gnewmark@meyersnave.com
2  Shiraz D. Tangri (SBN: 203037)
   stangri@meyersnave.com
3  Adam J. Regele (SBN: 295235)
   aregele@meyersnave.com
4  MEYERS, NAVE, RIBACK, SILVER & WILSON
   707 Wilshire Blvd., 24th Floor
5  Los Angeles, California 90017
   Telephone:    (213) 626-2906
6  Facsimile:    (213) 626-0215

7  Attorneys for Defendant CITY OF VACAVILLE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA RIVER WATCH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE,<br><br>Defendant. | Case No. 2:17-cv-00524-KJM-KJN<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE TIME FOR INITIAL DISCLOSURES**<br><br>Judge: Hon. Kimberly J. Mueller<br>Magistrate Judge: Hon. Kendall J. Newman<br><br>**[F.R.C.P. 26(a)(1)]**<br><br>Status Conference Date:  June 16, 2017<br>Status Conference Time:  10:00 a.m<br>Courtroom:  3<br>Trial Date:  None Set |

**IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES AS FOLLOWS:**

Plaintiff California River Watch ("Plaintiff"), and Defendant the City of Vacaville (the "City") (collectively, the "Parties"), by and through their respective counsel of record, hereby respectfully apply to this Court for an Order continuing the date for the Parties to exchange Initial Disclosures pursuant to Federal Rule of Civil Procedure ("FRCP") 26(a)(1) until 45 days after service of notice of this Court's ruling on the Motion to Dismiss.

WHEREAS, on May 12, 2017, the City filed a motion to dismiss all claims in this action pursuant to FRCP Rule 12(b)(6) ("Motion to Dismiss");

1     WHEREAS, the Motion to Dismiss is scheduled for hearing on June 16, 2017;

2     WHEREAS, pursuant to the Court's Minute Order dated May 15, 2017, the initial pretrial

3 scheduling conference in this action was advanced to June 16, 2017;

4     WHEREAS, the Parties met and conferred pursuant to FRCP Rule 26(f) on May 25, 2017,

5 to consider the nature and basis of the claims and defenses, the possibilities for promptly settling

6 or resolving the case; making or arranging for the disclosures required by FRCP Rule 26(a)(1),

7 discussing any issues about preserving discoverable information, and developing a proposed

8 discovery plan;

9     WHEREAS, the Parties' Initial Disclosures pursuant to FRCP Rule 26(a)(1) are currently

10 due on June 8, 2017;

11     WHEREAS, the Parties have agreed that postponing Initial Disclosures till a date after this

12 Court rules on the pending Motion to Dismiss would allow the Parties to avoid potentially

13 unnecessary litigation costs;

14     NOW THEREFORE, IT IS HEREBY STIPULATED, between the Parties, subject to this

15 Court's approval, that: the last date for the Parties to serve Initial Disclosures pursuant to FRCP

16 Rule 26(a)(1), be continued until forty-five (45) days following service of notice of this Court's

17 ruling on the Motion to Dismiss.

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

**IT IS SO STIPULATED.**

LAW OFFICE OF DAVID J. WEINSOFF
LAW OFFICE OF JACK SILVER

DATED: May 31, 2017    By:    /s/ David J. Weinsoff
                               David J. Weinsoff
                               Jack Silver
                               Attorneys for Plaintiff
                               CALIFORNIA RIVER WATCH


DATED: May 31, 2017    MEYERS, NAVE, RIBACK, SILVER & WILSON

                       By:    /s/ Gregory J. Newmark
                              Gregory J. Newmark
                              Attorney for Defendant
                              CITY OF VACAVILLE

## ORDER

For good cause shown, the above Stipulation is adopted as follows:

The last date for the Parties to submit Initial Disclosures pursuant to FRCP Rule 26(a)(1) is hereby continued until forty-five (45) days after service of notice of the Court's ruling on the City's Motion to Dismiss.

**IT IS SO ORDERED**.

DATED: June 6, 2017.

_____
UNITED STATES DISTRICT JUDGE