UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CALIFORNIA RIVER WATCH, | No. 2:17-cv-00524-KJM-KJN |
|---|---|
| Plaintiff, | |
| v. | FIRST AMENDMENT TO THE SCHEDULING ORDER |
| CITY OF VACAVILLE, | |
| Defendant. | |

The parties jointly request (ECF No. 25) to amend dates in the pretrial scheduling order (ECF No. 16). Good cause appearing, the court GRANTS this request as MODIFIED (differences from stipulation and the parties' proposed order are marked with an asterisk):

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | August 6, 2018 | September 3, 2018 |
| Expert Disclosures | September 7, 2018 | October 5, 2018 |
| Rebuttal Expert Disclosures | September 28, 2018 | October 26, 2018 |
| Completion of Expert Discovery | October 29, 2018 | November 26, 2018 |
| All Dispositive Motions Hearing Date | December 7, 2018 | January 11, 2019* |
| File Joint Pretrial Conference Statement | April 19, 2019 | VACATED* |
| Final Pretrial Conference | March 29, 2019 | VACATED* |
| Trial Briefs Due | June 3, 2019 | VACATED* |
| Bench Trial | June 17, 2019 | VACATED* |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 16).

1

IT IS SO ORDERED.

DATED: August 8, 2018.

_____
UNITED STATES DISTRICT JUDGE