Gregory J. Newmark (SBN: 190488)
gnewmark@meyersnave.com
Shiraz D. Tangri (SBN: 203037)
stangri@meyersnave.com
Vidya Venugopal (SBN: 310172)
vvenugopal@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
707 Wilshire Blvd., 24th Floor
Los Angeles, California 90017
Telephone: (213) 626-2906
Facsimile: (213) 626-0215

Attorneys for Defendant
CITY OF VACAVILLE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA RIVER WATCH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE,<br><br>Defendant. | Case No. 2:17-cv-00524-KJM-KJN<br><br>**DECLARATION OF ADAM LOVE IN SUPPORT OF DEFENDANT CITY OF VACAVILLE'S MOTION FOR SUMMARY JUDGMENT**<br><br>*[Filed Concurrently with Motion for Summary Judgment; Separate Statement; Request for Judicial Notice; and Declarations of Newmark and Boele]*<br><br>Date: March 8, 2019<br>Time: 10:00 a.m.<br>Ctrm: 3<br><br>Trial Date: Vacated |

3123495.1

I, Adam Love, declare as follows:

1. I am a Vice President and Principal Scientist at Roux Associates with expertise in environmental forensics (source, timing, and divisibility of contaminant releases), site characterization, remediation, and contaminant transport analysis. I have a Ph.D in Environmental Engineering, a Master's degree in Material Science and Mineral Engineering, and a Bachelor's degree in Geoscience. I have over 20 years of relevant experience that includes the assessment and forensics of numerous sites throughout the United States, including sites with hexavalent chromium contamination. Attached hereto as Exhibit 15 is a true and correct copy of my most recent Curriculum Vitae.

2. I have been retained by the City of Vacaville in the above-captioned matter regarding the source, impacts, and regulatory compliance of the hexavalent chromium concentrations observed in the City of Vacaville drinking water supply. I have been asked to review and assess the methodology described by Dr. Lawrence Russell in his October 5, 2018 Expert Report and his November 1, 2018 Deposition that led him to conclude that the geology in the vicinity of the City of Vacaville could not result in naturally-occurring hexavalent chromium at the concentrations observed in groundwater measured by the City of Vacaville. Based on my assessment, summarized below, Dr. Russell made fundamental errors in the reasoning and methodology he used regarding the geologic underpinnings he used to support his opinion that the geology in the vicinity of the City of Vacaville could not result in naturally-occurring hexavalent chromium at the concentrations observed in groundwater measured by the City of Vacaville. The facts contained herein are of my own personal knowledge and, if called as a witness, I could and would competently testify thereto.

3. I reviewed the following list of documents related to this matter in preparation for this declaration.

   a. Expert Report of Dr. Larry Russell. *California River Watch v. City of Vacaville* October 5, 2018.

   b. Deposition of Dr. Larry Russell. *California River Watch v. City of Vacaville* November 1, 2018.

      c. IETEG, Chromium(IV) Handbook, CRC 2004.

      d. Hausladen, et al., Hexavalent Chromium Sources and Distribution in California Groundwater, Environ. Sci. Technol. 2018.

      e. Luhdorff & Scalmanini. Summary Report and Recommendations Midway-Eubank Well Site Assessment City of Vacaville. September 2011.

      f. Thomasson, H.G., F.H. Olmsted, Jr., and E.F. LeRoux. 1960. Geology, Water Resources and Usable Ground-water Storage Capacity of part of Solano County, California. U.S. Geological Survey Water Supply paper WSP 1464.

4. Hexavalent chromium, chromium (VI), and Cr (VI) are synonymous terms for the toxic form of the chromium mineral, whereas chromium (III) is a non-toxic form of chromium.

5. Dr. Russell's testimony disregards primary data that shows the potential for naturally-occurring hexavalent chromium in Vacaville based on the geologic setting of Vacaville. Two of the references relied upon by Dr. Russell detail that naturally-occurring hexavalent chromium occurs because of the local serpentine rock geology in the vicinity of Vacaville.

      a. "Serpentinite Ultramafic Terrains - Chromium (VI) has also be detected in groundwater associated with serpentine terrains consisting of ultramafic rocks that do not contain $FeCr_2O_4$ ore bodies. Widespread Cr (VI) concentrations in groundwater detected in over 50% of the water supply wells downgradient of serpentinite terrains in Dixon, Willows, Livermore, South San Francisco, and other California locations support the interpretation that Cr (VI) is naturally occurring" (IETEG, page 97).

      b. "The spatial distribution of groundwater Cr(VI) derived from oxidation of geogenic Cr(III) appears to have many controls, with the Central Valley of California serving as a prime example of a region where Cr(VI) distribution is governed by multiple factors. Soils and sediments in western Sacramento Valley (the northern portion of California's Central Valley) are enriched in Cr and ultramafic-derived or metamorphically derived equivalent rocks." (Hausladen, p. 8243)

      c. By ignoring this information in these reports, Dr. Russell appears to have been selective in choosing only that data which makes his theory credible.

    d. In fact, the geologic formation which the groundwater in Vacaville is sourced from, the Tahoma Formation, has been had documented to have 17% serpentine in the pebbles of the conglomerate layers. (Thomasson, 1960, p. 72). Based on his review and reliance upon the references quoted above, Dr. Russell's geologic basis for claiming that the hexavalent chromium in the City of Vacaville's drinking water supply is not naturally occurring does not rest on a reliable foundation and is not generally accepted in the scientific community. Dr. Russell asserts that the relevant geologic formations in the Vacaville area for assessing the potential for naturally-occurring hexavalent chromium are chromium ores but he does not discuss chromium-containing serpentine rocks as the more relevant source of naturally-occurring hexavalent chromium in the City of Vacaville. (Russell Expert Report, pp. 3-4.) His disregard for primary data appears to be to avoid any conflict with his outcome.

    e. It is inaccurate to state, as Dr. Russell does, that visible volcanos are necessary to an area in order to create the relevant geologic setting (serpentine ultramafic terrain) for naturally-occurring hexavalent chromium, when instead serpentine rocks are commonly known by people with a basic geologic understanding to be a result of metamorphic processes (heat and pressure) – not volcanic eruptions. In fact, a simple search on the California Department of Conservation's webpage on serpentine describes serpentine as a metamorphic rock that is present in the Coast Ranges of Northern California.[1] This theory adopted by Dr. Russell, therefore, is not generally accepted in the scientific community.

        i. "Q.· ·At the bottom of that first paragraph, the Basis For Opinion 2, you say, "None of these geological formations make up the geology of the soil where Vacaville's potable water wells are located."· Do you see that?
        A.· ·Yes, sir.
        Q.· ·When you wrote "none of these geological formations," are you referring only to the primary chromium ore?

---

[1] California Department of Conversation. Serpentine: California's State Rock. https://www.conservation.ca.gov/cgs/Pages/Publications/Note_14.aspx. Accessed December 18, 2018.

1           A.· ·No.· It's the ones that the volcanos cause, the magmatic sources.

2           Q.· ·So did you also mean the serpentinite ultramafic terrain?

3           A.· ·Yes.

4           Q.· ·So it's your opinion that there are no serpentinite ultramafic terrains

5           that make up the geology of the soil where Vacaville's potable water wells

6           are located?

7           A.· ·Volcanoes are very aggressive things, and they spew materials for

8           long ways.· I'm not aware of any volcanic activity in this area, direct."

9           (Russell Deposition, 163:19-164-14)

10      ii. "Q.· ·And so would it be accurate to say you don't believe that it's proven

11           that these mechanisms exist in nature?

12           A.· ·At least in Vacaville.· Again, if we were next door to a volcano like

13           in St. Helena, like in Shasta; it's a different animal.· But we're not next

14           door to a volcano.· We're a long ways.· The nearest volcano is clearly

15           Mount St. Helens -- Mount St. Helena, and it's 70 miles away.

16           Q.· ·So would it be accurate to say that these mechanisms might exist in

17           nature somewhere other than Vacaville?

18           A.· ·Yes.

19           Q.· ·Such as St. Helena?

20           A.· ·Yes.

21           Q.· ·And other areas with what kind of conditions?

22           A.· ·Volcanos.· That's what we're talking about here.· All this mafic stuff,

23           those are lava flows. That's what we're hinting for.· That's the way ore

24           deposits occur, is you have a volcano and the metals cool at a different

25           rate than the rock.· That's why you have veins of this kind of stuff.· That's

26           why you have outcroppings of serpentine." (Russell Deposition, 195:4-

27           196:1)

28

f. Dr. Russell's expert testimony does not rest on a reliable foundation and has the potential for a high rate of error based on the fact that he does not have unique expertise in the geologic setting in the Vacaville area that would support his contradictions with the publications he relied upon that show the Vacaville area has the serpentine terrain that can result in naturally-occurring hexavalent chromium. In fact, Dr. Russell has not thoroughly investigated whether or not there are serpentine rocks in the Vacaville area and ignored the report of nearby serpentine outcrops described in the Luhdorff & Scalmanini 2011 Report he reviewed.

   i. "Q.· ·Do you have an opinion on whether there are serpentine deposits in Vacaville?
      A.· ·I haven't researched that issue.· Wasn't asked to."  (Russell Deposition, 163:2-5)

   ii. "Q.· ·So it's your opinion that you've not seen any evidence that there are the serpentinite ultramafic terrains that make up the geology of the soil where Vacaville's potable water wells are located, correct?
       A.· ·Correct.· I haven't seen any outcroppings of serpentine.· In Marin, we have a lot of it, but I haven't seen any around there." (Russell Deposition, 164:17-23)

   iii. "An exposed outcrop in Solano County of the lower part of the Tehama Formation, serpentine and other rock types are observed" (Luhdorff & Scalmanini 2011, p. 10)

g. Professional standards in the field of geology require at least a basic understanding of a place's geology in order to opine on the geologic setting for naturally occurring hexavalent chromium. Dr. Russell lacks even this basic understanding of California geology to inform the basis for his opinions about the necessary geologic setting for naturally-occurring hexavalent chromium, Dr. Russell acknowledged in his deposition that serpentine rocks can be found in the

5

DECLARATION OF ADAM LOVE, PH.D., IN DEFENDANT'S MOTION IN LIMINE OF DR. LAWRENCE RUSSELL

Coast Range but was erroneous when he described the Coast Range as being far away from the City of Vacaville.  In fact, the Vaca Mountains (which the City of Vacaville is named after) represent the easternmost of the Inner Coast Ranges,[2]

    i. "Q.· ·If you go to page 140 of Exhibit 46, at the bottom it says, the last sentence, "Serpentine is the state mineral of California and can be found in the coast range as well as in the Sierra Nevada."· Do you see that?

A.· ·Yes, sir.

Q.· ·Do you agree with that statement?

A.· ·Yes.

Q.· ·How far is the coast range from Vacaville?

A.· ·Forty miles."  (Russell Deposition, 164:24-165:8)

h. While Dr. Russell attempted to revise his deposition testimony in his Errata to more accurately describe the distance of the Coast Ranges to Vacaville as 4 miles, he remains erroneous in his assertion that the documented serpentine minerals in the Coast Ranges could not have eroded to form the soils in the vicinity of Vacaville, as, in fact, there are no hills between the serpentine mineral sources in the nearby Coast Ranges and the eroded soils of Vacaville.

    i. Q.  Do you have an opinion as to whether serpentine minerals could have eroded from the coast range and moved down to the area where Vacaville is?

A.· ·I think that would be a pretty tough trek.  There's hills in between.

Q.· ·That's a no?

A.  Yes, sir."  (Russell Deposition, 165:9-15)

i. Dr. Russell asserts that the reported hexavalent chromium in the water supply from "erosion of natural deposits" in the Marin Municipal Water District, where he is a Director, is fundamentally different geologically than Vacaville. This statement is inaccurate and appears to be a statement made in order to support his testimony and is not

---

[2] Vaca Mountain. https://en.wikipedia.org/wiki/Vaca_Mountains

research that was conducted independent of this litigation. In reality both Marin and Vacaville are comparable Coast Range serpentine rock geologic settings.  It is apparent that his research on this point is dependent on an intention to provide testimony that support his theories and not based on facts.

    i. "Q.· ·So in the case of your own district, there's detections of hexavalent chromium above the public health goal in your public water supply attributed to natural deposits and you're not skeptical of that now, you believe that's accurate, correct?

    A.· ·I don't know.· I mean, it's what we said.· We have ultramafic outcroppings everywhere.· As I told you earlier, southern Marin is a different cat.· Southern Marin actually came from Los Angeles.· It has been migrating up the San Andreas fault for billions of years.· Now it's in Marin.· It is as different from the Central Valley as it can be.· It is not alluvial deposits.· It is pushed up mountains.· And we -- I can take you to a dozen serpentine outcrops right now.· It's in our water supply, but this is not in what we serve to the public.· This is different." (Russell Deposition, 207:2-17)

6. Dr. Russell repeated the basis for his conclusions was not site-specific information reviewed or any disclosed analysis, but instead his subjective belief and unsupported speculation judgment based on his experience working in the environmental field.  The lack of Dr. Russell's knowledge and reliance on site-specific information for him to draw technical conclusions about the origins and pathways for naturally-occurring hexavalent chromium is not grounded in the methods and procedures of science and not the standard of practice in the environmental industry.  The experience Dr. Russell has in his head cannot be tested for its validity and appropriateness, cannot be peer reviewed to accuracy, and cannot be evaluated for potential rates of error.

    a. "Q.· ·Dr. Russell, you had complete control over what you consulted in reaching your opinions in this case, correct?

7

1    A.  Yes.
2    Q.  And you know everything that you consulted in reaching your opinions in
3    this case, right?
4    A.  Well, that's a little more complicated.  Everything I relied on is on the disk.
5    Q.  Were there sources that you consulted but did not rely upon?
6    A.  Perhaps.
7    Q.  Can you give me a more precise answer than "perhaps"?
8    A.  I'm not sure.  I mean, this thing has gone on for a while, and it's an
9    intellectual challenge to look at all of the various things.  I've been working with
10   chromium for 40 years, exactly these kinds of issues for 40 years.  So I've
11   collected a lot of information in my head.  I've provided what I relied on."
12   (Russell Deposition, 38:23-39:16)

    b.  ".  Q.  How do you determine whether the evidence that you're using as the basis
13   of your opinion is credible enough to be relied upon?
14   A.  Forty years of experience.
15   Q.  And so in your 40 years of experience, each one of these documents and
16   articles was credible enough for you to rely upon it for the purposes that you used
17   it for; is that an accurate way of saying what you did?
18   A.  Yes."  (Russell Deposition, 88:17-25)

    c.  "Q.  So your experience that you're referencing here is to -- the evidence of
20   reducing conditions is not evidence that was cited in the back of your expert
21   report or was included in the materials provided on the thumb drive, this is
22   evidence that's in your head from your 40 years of experience; is that correct?
23   A.  That's correct, yes."  (Russell Deposition, 194:14-20)

7.  Thus, even though the correct information about the serpentine rock geologic setting in the vicinity of Vacaville was reviewed by Dr. Russell, and a basic understanding of California geology and geography would also result in the correct information, about the serpentine rock geologic setting in the vicinity of Vacaville, Dr. Russell's methodology made fundamental errors

DECLARATION OF ADAM LOVE, PH.D., IN DEFENDANT'S MOTION IN LIMINE OF DR. LAWRENCE RUSSELL

geology and geography would also result in the correct information, about the serpentine rock geologic setting in the vicinity of Vacaville, Dr. Russell's methodology made fundamental errors in the reasoning and methodology used regarding the geologic underpinnings to support his opinion that the geology in the vicinity of the City of Vacaville could not result in naturally-occurring hexavalent chromium at the concentrations observed in groundwater measured by the City of Vacaville.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 10th day of January, 2019, in Oakland, California.

_/s/ Adam Love_
Adam Love, Ph.D.

3104222.1

# EXHIBIT 15

# ROUX
**PROFESSIONAL PROFILE**

# Adam H. Love, Ph.D.
## Vice President/Principal Scientist, Litigation Practice Leader

### TECHNICAL SPECIALTIES

Dr. Love leads Roux's Litigation Practice Group and provides forensic litigation support and expert witness services to clients throughout the United States on both environmental litigation and environmental insurance coverage related matters. Dr. Love's experience includes strategic and technical analysis and guidance regarding numerous complex groundwater, soil, sediment, soil vapor and air contaminated sites. He has also provided expert technical guidance for state legislative actions and federal advisory panels on a range of traditional and non-traditional environmental hazards. Dr. Love's expertise has been developed through a unique variety of University, Federal and post-academia work, including developing leading-edge methods for addressing forensic questions related to weapons of mass destruction for the Federal Government.

Dr. Love's areas of expertise include:

- Environmental forensics (identifying sources and timing of chemical releases);
- Chemical/isotopic fingerprinting;
- Contaminant transport/fate in sediments, soils, water, groundwater, and air;
- Divisibility and apportionment of contamination among PRPs;
- Assessments of petroleum (crude oil, diesel, and gasoline), chlorinated and other solvents (PCE, TCE, TCA, 1,4-dioxane), pesticides, PCBs, PAHs, radionuclides, explosives and heavy metals;
- Environmental site characterization and remediation;
- Human (i.e. Toxic tort claims and Prop 65) and ecological exposure assessment; and,
- Environmental data analysis.

Dr. Love's capabilities include the use of advanced models and analytic methods to understand and interpret contaminant characterization, transport, and fate for a range of applications. By employing multiple lines of scientific evidence through analyses that couple field measurements, fate and transport calculations, and historical operations/documents, he provides internally consistent opinions and results. Dr. Love is experienced at creating and evaluating Site Conceptual Models based on an understanding of environmental and engineered systems that involve a wide range of matrices (i.e. soils, sorbents, air, natural waters, constructed materials, and biological tissue).

### CREDENTIALS

Post Doctorate, Forensic Science Center, Lawrence Livermore National Laboratory, 2004;
Ph.D., Environmental Engineering, University of California at Berkeley, Berkeley, CA, 2002;
M.S., Material Science and Mineral Engineering - Hydrogeology, University of California at Berkeley, Berkeley, CA, 1998; and,
B.A., Geoscience, Franklin & Marshall College, Lancaster, PA, 1996.

### EXPERIENCE SUMMARY

20+ years of experience in environmental science/engineering, use of forensic signatures to determine source and timing of contamination, and contaminant assessment, transport and remediation.

- Roux Associates, Inc., Vice President, Litigation Practice Group Leader 2016-Present; Principal Scientist, 2013-Present.
- Johnson Wright Inc., Principal Scientist, Environmental Forensics Practice Leader 2009-2013.
- Lawrence Livermore National Laboratory, Principal Investigator/Scientist, Forensic Science Center, 2002-2009.
- California Department of Health Services – Drinking Water Program/Technical Programs Branch, Standards and Technology Unit Staff, 2000-2002.
- University of California, Berkeley, Graduate Student Researcher/Instructor, 1996-2002.
- Franklin & Marshall College, Undergraduate Researcher/Laboratory Teaching Assistant, 1994-1996.

### APPEARANCES AND EXPERT REPORTS

- California River Watch v. City of Vacaville. United States District Court, Eastern District of California. Case No. 2:17-cv-00524-KJM-KJN. Expert Report.
- 220 W. Gutierrez, LLC v. Goss-Jewett & Co. Inc. et al. Santa Barbara County Superior Court. Case No. 17-CV-05689. Expert Declaration.
- Estate of Robert Renzel, Deceased et al. v. estate of Lupe Ventura, Deceased, et al. United States District Court, Northern District of California. Case No. 4:15-cv-1648-HSG. Deposition August 27, 2018. Expert Declaration. Expert Report. Rebuttal Report.
- Chemtronics Inc. v. Northrop Grumman Systems Corp. American Arbitration Association Arbitration. Case No. 01-17-0007-1884. Expert Report. Rebuttal Report
- Von Duprin LLC v. Moran Electric Service, Inc. Major Holdings, LLC, Major Tool and Machine, Inc., and Zimmer Paper Products Incorporated. United States District Court Southern District of Indiana, Indianapolis Division. Case No. 1:16-CV-01942-TWP-DML. Deposition June 7, 2018. Expert Report. Expert Declaration
- Siltronic Corporation v. Employers Insurance Company of Wausau et al. United States District Court, Central District of Oregon. Case No. 3:11-cv-01493-BR. Deposition May 24, 2018. Expert Report.
- Arrow Electronics, Inc. v. Aetna Casualty & Surety Co., et al. United States District Court, Central District of California. Case No. 2:17-cv-05247-JFW-JEM. Expert Report. Rebuttal Report.
- Power Authority of the State of New York v. The tug M/V Ellen S. Bouchard, et al. United States District

10/2018
EXHIBIT 15
555 12th Street Suite 250 | Oakland CA 94607
Main: (415) 967-6000 | Direct: (415) 967-6023
Email: alove@rouxinc.com | Website: www.rouxinc.com
1 of 7
1


- Court, Southern District of New York. Case No. 14-cv-4462 (PAC). Deposition May 30, 2018. Expert Report.

- Crown Central, LLC v. Petroleum Marketing Investment Group, LLC, et al. Circuit Court for Baltimore County, Maryland. Case No. 03-C-16-010774 CN. Deposition December 19, 2017. Expert Declaration. Rebuttal Declaration.

- Sunflower Redevelopment, LLC v. Illinois Union Insurance Company. United States District Court, Western District of Missouri, Western Division. Case No. 4:15-cv-00577-DGK. Deposition November 10, 2017. Rebuttal Report. Supplemental Report.

- Gary Puhr v. PQ Corporation. United States District Court, Northern District of Illinois, Eastern Division. Case No. 16-CV-00728. Expert Report.

- Insurance Company of the State of Pennsylvania v. County of San Bernardino. United States District Court, Central District of California. Case No. 5:16-cv-00128-PSG-SS. Deposition June 15, 2017. Expert Report. Rebuttal Report.

- Lennar Mare Island, LLC v. Steadfast Insurance Company. United States District Court, Eastern District of California, Sacramento Division. Case No. 2:12-cv-02182-KJM-KJN. Case No.2:16-cv-00291-KJM-CKD860. Deposition May 26, 2017. Expert Report. Supplemental Report.

- Hanford Challenge, et al., v. Ernest Moniz, et al. United States District Court, Eastern District of Washington. Case No. 4:15-CV-05086-TOR. Expert Declaration. Supplemental Expert Declaration.

- K.C. Jones Plating Company, et al., v. Admiral Insurance Company. United States District Court, Eastern District of Michigan, Southern Division. Case No. 2:16-cv-10790-DML-MKM. Expert Report.

- 860 Kaiser, LLC v. Greene's Cleaners, Inc., Napa County Superior Court. Case No: 26-63995. Deposition January 11, 2016, September 12, 2016. September 26, 2016. Expert Declaration.

- Lewis v. Russell, United States District Court, Eastern District of California. Case No. CIV. S-03-02646 WBS AC. Deposition July 20, 2016. Expert Report. Rebuttal Report. Supplemental Report.

- Goldberg v. Goss-Jewett Company, Inc., et al., United States District Court, Central District of California. Case No. EDCV14-01872 DSF (AFMx).  Deposition May 25, 2016. Expert Report. Rebuttal Report.

- 937 York Road, LLC, et al. v. Petroleum Marketing Group, Inc., et al., Circuit Court for Baltimore County, Maryland. Case No. 03-C-14-005988. Expert Declaration.

- State of Colorado, et al., v. Valero Energy Corporation, et al., District Court, City and County of Denver, Colorado. Expert Report. Rebuttal Report.

- Union Oil Consolidated Coverage Cases, Los Angeles Superior Court. Case No: BC 271474. Deposition November 20, 2014. Expert Report.

- Donegan v. Stubblefield, Rene C. Davidson Alameda County Courthouse. RG12628426. Deposition July 26, 2013. Trial August 8, 2013.

- Searles Valley Minerals Operations Inc. v. Advanced Steel Recovery Inc., et al., California Ninth District. Central District Court. 5:2010cv01403. Deposition January 25, 2012. Expert Report. Rebuttal Report.

**EXAMPLE PROJECTS**

**Sediment Contamination Reconstruction**

*Fox River Superfund Site, WI – Expert Witness.* Prepared an Expert Report evaluating the technical bases for a range of methodologies used to allocate contribution of polychlorinated biphenyls (PCB) to contaminated sediments. Performed fate and transport analyses as the basis for allocation to estimate mass contributions from various PRPs.

*Kalamazoo River Superfund Site, MI –* Evaluated the annual total suspended solid (TSS) discharges from 14 facilities to the Kalamazoo River sediments over the 25+ year relevant period of applicable discharges. Allocated TSS discharges to generator facility when secondary facility was used for wastewater treatment. Evaluated changes in facility TSS treatment efficiency and relative TSS contributions throughout the relevant period.

*Passaic River (Diamond Alkali) Superfund Site, NJ – Expert Witness.* Evaluated available historical data, performed fate and transport analyses, and developed a detailed understanding of facility operations to support the facility designation of *de minimis* status.

*Gowanus Canal Superfund Site, NY – Expert Witness.* Evaluated available historical data, performed fate and transport analyses, and developed a detailed understanding of facility operations to support the facility designation of *de minimis* status.

*San Diego Harbor, CA – Expert Witness.* Evaluated available historical data, performed fate and transport analyses, and developed a detailed understanding of facility operations to support an Expert Report that evaluated potential metals, PCBs, and petroleum releases from the Silvergate Power Plant.

*San Francisco Bay, CA –* Collected sediment cores from Naval Air Station Alameda and performed isotopic and chemical analyses that enabled reconstruction of historical sediment contamination.

**Petroleum**

*Petroleum Transfer Facility, CA – Expert Witness.* Prepared an Expert Report assessing the release of gasoline, diesel fuel, and crude oil over 50+ years into the soil and sediment of Avila Beach, CA. Identified the source and timing of the historical contamination and the nature of the releases using multiple lines of scientific forensic techniques. Performed fate, transport and degradation analysis of gasoline, diesel fuel, and crude oil to determine the

10/2018

EXHIBIT 15

555 12th Street Suite 250 | Oakland CA 94607
Main: (415) 967-6000 | Direct: (415) 967-6023
Email: alove@rouxinc.com | Website: www.rouxinc.com

2 of 7

2



divisibility of "sudden and accidental" releases from frequent releases related to facility operations.

*Retail Gasoline Stations, CO – Expert Witness.* Performed fate, transport and degradation analysis of gasoline to determine the timing of gasoline releases. Prepared an Expert Report regarding the release of gasoline from 80+ fueling facilities throughout the state.

*Crude Oil Refinery, CA – Expert Witness.* Performed evaluation of timing of release and source of contamination related to historical refinery operations.

*Used Oil System Collection and Recycling, CA – Expert Witness.* Developed a report for the State of California on how to improve the state's used oil recycling program. Provided testimony to CA State legislature on proposed used oil recycling incentive bills. Key technical contributor to stakeholder discussion on ongoing CalRecycle efforts for additional used oil recycling improvement.

*Retail Gasoline Station, MD – Expert Witness.* Performed evaluation of timing of release and source of contamination impacting nearby groundwater. Evaluated contaminant contributions from adjacent property and both current and former owner/operator.

*Underground Fuel Oil Tank, NY – Expert Witness.* Performed evaluation of timing of release and source of contamination for fuel oil impacting groundwater.

*Timing of Petroleum Release, Numerous States –* Performed fate, transport and degradation analysis of gasoline and fuel oil to determine the timing of releases at 200+ gasoline station and fuel oil sites related to environmental insurance claims.

### Industrial

*Manufacturing Facilities, CA –* Provided litigation support based on fate and transport analysis related to timing of groundwater contamination resulting from multiple potential PCE, TCE, TCA and 1,4-dioxane releases to groundwater managed by Orange County Water District. Additional chemical fingerprinting analysis was performed to distinguish on-site versus off-site contributions of chlorinated solvents and their degradation products to the associated groundwater plumes.

*Industrial Facility, AZ – Expert Witness.* Provided litigation support based on fate and transport analysis related to source and timing of groundwater contamination resulting from potential PCE, TCE, and TCA sources.

*Former Military Facility, CA. – Expert Witness.* Evaluated claimed cleanup actions and costs related to site investigation and remediation of a former military site.

*Former Military Facility, KS. – Expert Witness.* Evaluated claimed cleanup actions and costs related to site investigation and remediation of a former military site.

*Aerospace Facility, CA. – Expert Witness.* Evaluated available historical data, performed fate and transport analyses, and developed a detailed understanding of facility operations that provide the technical basis for assessing contribution of PCE, TCE, and TCA from various operations.

*Transportation Spill, CA. – Expert Witness.* Prepared an Expert Report evaluating the potential ecological impact of an ink spill into a local river.

*Former Military Facility, CA. –* Performed site investigation of soil and groundwater at a former military site to determine the extent and magnitude of historical solvents and petroleum releases in order to inform remedial strategy. Obtained regulatory closure under low-threat closure criteria.

### Drycleaners

*Santa Barbara, CA – Expert Witness.* Prepared an Expert Report assessing sources of PCE contamination to soil and groundwater contamination, including drycleaner discharges into sewer system and releases at adjacent sites. Rebuttal Expert Report also assessed the expected remedial costs for PCE contamination at and emanating from the site.

*San Jose, CA– Expert Witness.* Prepared an Expert Declaration regarding the potential sources of PCE contamination to soil and groundwater contamination and the divisibility of the contamination from the potential sources.

*Napa, CA – Expert Witness.* Prepared an Expert Declaration regarding the potential sources of PCE contamination to soil and groundwater contamination.

*Davis, CA – Expert Witness.* Prepared an Expert Report regarding the potential sources of PCE contamination of groundwater.

*Numerous Sites, USA –* Evaluation of the source, timing, and/or contribution from multiple PRPs to comingled PCE plumes from drycleaner sites related to environmental insurance claims.

### Landfills

*Groundwater solvent plume, CA – Expert Witness.* Evaluated the available operation information, site investigation data, and performed fate and transport analysis to determine the source, timing, and number of release events at landfill operating for over 50 years.

*Multi-COC Contamination, NJ –* Evaluated the available operation information, site investigation data, and performed fate and transport analysis to determine the divisibility of the COC contamination among PRPs.

*Multi-COC Contamination, WA –* Evaluated the available operation information, site investigation data, and performed fate and transport analysis to determine the divisibility of the COC contamination among PRPs.

### Heavy Metals

*Battery Recycling Facility, CA – Expert Witness.* Evaluated available historical emissions/capacity data, performed fate and transport analyses, and assessed the extent and magnitude of lead and other heavy metals contamination in soils surrounding the Exide Technologies lead battery recycling facility. Worked together with lead regulatory

10/2018
EXHIBIT 15
555 12th Street Suite 250 | Oakland CA 94607
Main: (415) 967-6000 | Direct: (415) 967-6023
Email: alove@rouxinc.com | Website: www.rouxinc.com
3 of 7
3



agency to develop interior/exterior assessment and remediation protocols. Analyzed reported results of community blood lead data.

*Steel Manufacturing Facility, CA – Expert Witness.* Evaluated available historical operations, soil lead and arsenic data, and chemical signatures of steel manufacturing from soils within and adjacent to the historic steel manufacturing facility.

*Facility and Regulatory Assessments of Hexavalent Chromium, CA-* Evaluated how changes in regulatory rules and enforcement would impact facilities in Los Angeles County. Created inventory of facilities in LA County that emitted hexavalent chromium. Evaluated alternative technology to using hexavalent chromium for metal plating.

*Metal Recycling Facility, CA* – Assessed facility compliance with DTSC hazardous waste regulations. Negotiated with DTSC on behalf of client. Developed plan for hazardous waste treatment/disposal that meets DTSC requirements.

*Mixed Industrial Region, IN* – Evaluated historical operations, soil lead and arsenic data, and chemical signatures of potential industrial sources with locations on and adjacent to the historic industrial manufacturing facilities.

*Metal Plating Facility, IN – Expert Witness.* Prepared an Expert Report regarding the evaluation of a claimed environmental release and associated costs that occurred during an electrical fire at a metal plating facility.

*Mineral Processing Facility, CA – Expert Witness.* Prepared an Expert Report regarding the contribution of an accidental elemental mercury spill at the Searles Valley Minerals Operations Inc. site to the overall historic site contamination. Analyzed invoices and categorized cleanup costs into emergency spill costs vs. soil remediation activities.

### Radionuclides

*Radionuclide-containing Products Manufacturing, PA – Expert Witness.* Evaluated available historical data, performed fate and transport analyses, and developed a detailed understanding of facility operations at the Safety Light Superfund Site that provided the technical basis for recommendations to DOJ on a feasible strategy for and potential allocation of arranger liability. Site contaminated with numerous radionuclides (tritium [H-3], strontium [Sr-90], cesium [Cs-137], and radium [Ra-226]).

*Release of Radionuclides from Testing Equipment, OK* – Evaluated whether the response actions taken were reasonable and necessary related to the investigation and remediation of a cesium [Cs-137] release.

*Radionuclide Labeling Facility, CA* – Sampled tree rings in the vicinity of a Lawrence Berkeley National Laboratory stack that emitted tritium [H-3] and analyzed tree rings in order to reconstruct facility emission for >50 years.

### Pesticides

*Atrazine, Numerous locations in USA* – Provided expert litigation support regarding the fate and transport of atrazine, timing of release, and potential impacts to drinking water sources.

*Glyphosate, Oakland, CA* – Provided deposition and trial testimony regarding the source of glyphosate contamination causing property damage on an adjacent parcel of land based on atmospheric transport, technology dispersal capability, site conditions, and impact patterns on parcel.

*Trichloropropane (1,2,3-TCP), CA* – Evaluated potential sources of trichloropropane groundwater contamination in drinking water wells.

### Human Exposure Assessment

*Chemical Vapor Exposure, WA – Expert Witness.* Evaluated the source of chemical vapors and the potential for downwind vapor exposure to workers.

*School District Astroturf, CA* – Collected astroturf samples and conducted consumer product testing to provide data which supported the assessment of potential exposure pathways and human health risk assessment for children, workers, and recreational users.

*Caustic Liquid Exposure, MI* – Evaluated potential sources of caustic chemical liquids that resulted in worker skin burns.

*Proposition 65 Phthalates, CA* – Collected consumer product samples and conducted consumer product testing to determine potential consumer exposure pathways and magnitude.

*Proposition 65 Heavy Metals, CA* – Evaluated lead data and developed a testing and evaluation plan to determine levels of naturally occurring metals in identified food products.

### Explosive and Fire Assessment

*Forensic Explosive Evaluation, CA – Expert Witness.* Collected field samples and evaluated chemical and operational information to determine the likely cause of an explosion event at an industrial facility.

*Forensic Deflagration Evaluation, CA – Expert Witness.* Evaluated field reports, inventory, and operational information to determine the likely contributing causes of a deflagration event that occurred in a transportation vehicle.

### ADDITIONAL AREAS OF EXPERTISE AND EXPERIENCE

### Weapons of Mass Destruction Preparation and Response

Provide technical guidance and operational plan reviews for responding to WMD events. Technical guidance includes emergency response, site characterization, WMD forensics, site remediation, fate and transport, site closure. Co-led team in development of DHS/EPA Federal facility restoration guidance document for critical infrastructure.

### Development of Chemical/Isotopic Signatures/ Fingerprints

Develop and validate new chemical/isotopic fingerprint strategies as well-as utilize peer-reviewed techniques. Experienced with numerous approaches: intended

10/2018
EXHIBIT 15

555 12th Street Suite 250 | Oakland CA 94607
Main: (415) 967-6000 | Direct: (415) 967-6023
Email: alove@rouxinc.com | Website: www.rouxinc.com

4 of 7
4

chemical markers and additives, chemical component ratios, degradation analysis, isotope analysis, biomarkers, isomers/congener analysis.

### Chemical Fate and Transport Modeling
Conducts analyses using a variety of industry-accepted approaches, including analytic solutions and numerical models MODFLOW, MT3D, HYDRUS, BIOCHLOR, CAMEO/ALOHA, CALPUFF, HPAC. Determines aqueous and/or atmospheric plume migration exposure duration and magnitude.

## JOURNAL PUBLICATIONS
### Environmental Forensics

Love, A.H. and Zdon, A. (2018) Use of Radiocarbon Ages to Narrow Groundwater Recharge Estimates in the Southeastern Mojave Desert, USA. Hydrology. 5(3):51.

Zdon, A.; Davisson, M.L.; Love, A.H. (2018) Understanding the source of water for selected springs within Mojave Trails National Monument, California. Environmental Forensics. 19(2), 99-111.

Dorrance, L.R.; Kellogg, S.; Love, A.H. (2017) What You Should Know About Per- and Polyfluoroalkyl Substances (PFAS) for Environmental Claims. *Environmental Claims Journal*, 29:4, 290-304.

Shelley, T.M.; Love, A.H. (2015) A Question of Proof: Using Isotope Analysis and Chemical Fingerprinting to Identify the Source of Contamination. *Environmental Claims Journal*, 27:3, 264-275.

Zdon, A.; Davisson, M.L.; Love, A.H. (2015) Testing the Established Hydrogeologic Model of Source Water to the Amargosa River Basin, Inyo and San Bernardino Counties, California. *Environmental Forensics*. 16(4).

Love, A.H., J.R. Hunt, J.P. Knezovich. (2004) Improving Tritium Exposure Reconstructions Using Accelerator Mass Spectrometry. *Analytical and Bioanalytical Chemistry*. 379(2): 198-203.

Love, A.H., B.K. Esser, J.R. Hunt. (2003) Reconstructing Contaminant Deposition in a San Francisco Bay Marina. *Journal of Environmental Engineering*. 129 (7):659.

Love, A.H., J.R. Hunt, J.P. Knezovich. (2003) Use of Carbon-14 and Tritium in Tree Rings to Reconstruct Tritium Exposure at Lawrence Berkeley National Laboratory. *Environmental Science and Technology*. 37 (19): 4330.

### Contaminant Fate and Transport

Kuo, I-Feng; Grant, C.; Gee, R.; Chinn, S.; Love, A.H. (2012) Determination of the Surface Effects on Sarin Degradation *The Journal of Physical Chemistry C*. 116 (17), 9631–9635.

Love, A.H. (2008) Determining Important Parameters Related to Cyanobacterial Alkaloid Toxin Exposure. *Advances in Experimental Medicine and Biology*. Hudnell, H. Kenneth (Ed.). 619:453-464.

Loui, A., Ratto, T.V., Wilson, T.S., McCall, S.K., Mukerjee, E.V., Love, A.H., Hart, B.R. (2008) Chemical vapor discrimination using a compact and low-power array of piezoresistive microcantilevers. *The Analyst*. 133(5): 608 – 615.

Love, A.H., M.L. Hanna, P.R. Coronado, J.G. Reynolds (2005) Engineering surface functions groups on silica aerogel for enhanced cleanup of organics from produced water. *Separation Science*. 40:311-320.

Love, A.H., Vance, A.L., Reynolds, J.G., Davisson, M.L. (2004) Investigating the affinities and persistence of VX nerve agent in environmental matrices. *Chemosphere*. 57: 1257-1264.

### Weapons of Mass Destruction Preparation and Response

Campell, C.G.; Kirvel, R.D.; Love, A.H.; Raber, E. (2012) Decontamination After a Release of B. anthracis Spores. *Biosecurity and bioterrorism: biodefense strategy, practice, and science* 10(1):108-22.

Love, A.H.; Bailey, C.G.; Hanna, M.L.; Hok, S; Vu, A.K.; Reutter, D.J.; Raber, E. (2011) Efficacy of Liquid and Foam Decontamination Techniques for Chemical Warfare Agents on Indoor Surfaces. *J. Hazardous Materials*. 196; 115–122.

Watson, A; Hall, L; Raber, E; Hauschild, V.D.; Dolislagerd, F.; Love, A.H.; Hanna, M.L. (2011) Developing Health-Based Pre-Planning Clearance Goals for Airport Remediation Following Chemical Terrorist Attack: Introduction and Key Assessment Considerations. *Human and Ecological Risk Assessment: An International Journal*, 17(1): 2 – 56.

Watson, A; Dolislagerd, F.; Raber, E; Hall, L; Hauschild, V.D.; Love, A.H. (2011) Developing Health-Based Pre-Planning Clearance Goals for Airport Remediation Following a Chemical Terrorist Attack: Decision Criteria for Multipathway Exposure Routes. *Human and Ecological Risk Assessment: An International Journal*, 17(1) : 57 – 121.

Campbell C.J., Love A.H. (2008) Monitoring Water Resources for Threats to Water Security. *New Topics in Water Resources Research and Management*. Henrik M. Andreassen (Ed.). Nova Science Publishers, Inc. pp. 195-235.

Ramkumar, S.; Love, A.H.; Sata, U.R.; Kendall, R.J. (2008) Next-Generation Nonparticulate Dry Nonwoven Pad for Chemical Warfare Agent Decontamination. *Ind. Eng. Chem. Res*. 47: 9889-9895.

### Other Publications

Boston, C; Love, A.H. (2018) Understanding the Uncertainty with Unregulated Contaminants. American Bar Association. Environmental & Energy Litigation Committee Newsletter. Spring 2018. 2(3):9-16.

Baumann, J.; Oliver, D.H.; Dorrance, L.R; Love, A.H. (2018): Approaches to Reduce Conflict when Insuring the Environmental Cleanup of Closed Military Bases Intended for Redevelopment, Environmental Claims Journal

10/2018
EXHIBIT 15

555 12th Street Suite 250 | Oakland CA 94607
Main: (415) 967-6000 | Direct: (415) 967-6023
Email: alove@rouxinc.com | Website: www.rouxinc.com

5 of 7
5

**ROUX**
PROFESSIONAL PROFILE

**Adam H. Love, Ph.D.**
Vice President/Principal Scientist, Litigation Practice Leader

M.R. Johnson, J.G. Reynolds, Love, A.H. (2008) Improving Used Oil Recycling in California. *Contractor Report to the California Integrated Waste Management Board.* California Environmental Protection Agency. May 2008. Publication #610-08-008.

Vogel, J.; Love, A.H. (2005) Quantitating Isotopic Molecular Labels with Accelerator Mass Spectrometry. *Methods in Enzymology* 402:402-22.

Chiarappa-Zucca, M.L.; Dingley, K.H.; Roberts, M.L.; Love, A.H. (2002) Sample Preparation for Quantitation of Tritium by Accelerator Mass Spectrometry. *Analytical Chemistry* 74(24):6285-90.

Roberts, M.L.; Hamm, R.W.; Dingley, K.H.; Love, A.H. (2000) A compact tritium AMS system. *Nuclear Instruments and Methods in Physics Research Section B Beam Interactions with Materials and Atoms* 172(1-4):262-267.

## SELECTED CONFERENCE PRESENTATIONS
### Environmental Forensics

Dorrance, L.; Love, A.H.; (2018) Outlook of Environmental Forensics in Distinguishing Sources of Perfluoroalkyl and Polyfluoroalkyl Substances. Emerging Contaminants Summit 2018. March 2018

Dorrance, L.; Love, A.H.; (2018) Metals Forensics at Ghost Factories. AEHS 28th Annual International Conference on Soil, Water, Energy, and Air, Forensics Section. March 2018

Love, A.H.; Dorrance, L. (2017) Current Limitations and Outlook of Environmental Forensics for PFOS, PFOA and Related Perfluoroalkyl and Polyfluoroalkyl Substances. AEHS 27th Annual International Conference on Soil, Water, Energy, and Air, Forensics Section. March 2017.

Love, A.H.; Dorrance, L. (2016) Lessons in Applying Forensic Techniques to Sediment Sites Throughout the US. AEHS 26th Annual International Conference on Soil, Water, Energy, and Air, Forensics Section. March 2016.

Love, A.H.; Zdon, A. (2015) Assessing Limited Water Resources Forensics. AEHS 25th Annual International Conference on Soil, Water, Energy, and Air, Forensics Section. March 2015.

Love, A.H, Brown, C. (2014) Robust Data Analysis for Utilizing Chemical Data for Forensic Applications. AEHS 24th Annual International Conference on Soil, Water, Energy, and Air, Forensics Section. March 2014.

Love, A.H. (2014) Incorporating Environmental Lines of Evidence into Nuclear & Criminal Forensics. Conference on Application of Accelerators in Research and Industry (CAARI). May 2014

Shelley, T.M., Love, A.H. (2014) Prove it! – Using Isotope Analysis to Prove Contamination Source. FETTI Conference. October 2014.

Love, A.H. (2013) Using 1,4 Dioxane as a Forensic Tool at Solvent Sites. AEHS 23th Annual International Conference on Soil, Water, Energy, and Air, Forensics Section. March 2013.

Love, A.H. (2013) Testing the Established Regional Hydrologic Conceptual Model in the Amargosa River Basin, California and Nevada. National and International Conference on Groundwater. April 2013.

### Contaminant Fate and Transport

Love, A.H.; Newman, R.G.; Kinslow, C.J.; Vaughn, K. (2017) PFAS: Evolution from Emerging Contaminant to Frequent Headliner. Environmental Risk & Litigation Conference. June 12, 2018.

Love, A.H.; Sullivan, C.N.; Alviggi, C. (2018) What, Me Worry? Environmental Reopeners. DRI Toxic Tort and Environmental Law Seminar. March 1, 2018.

Love, A.H.; Smith, S.E.; Slaughter, J.B.; Connor, P.; Scarcella, M. (2017) Defending Lead Cases: Strategies and Tactics for a Trending Toxic Tort. DRI Webinar. October 28, 2017.

Love, A.H.; Hunter, C.; London, M.A.; Swetman, M. (2017) Perfluorinated Chemicals - The Science and Law Behind PFOA. Environmental Risk & Litigation Conference. June 20, 2017.

Love, A.H.; Smith, S.E.; Connor, P.; Scarcella, M.; Kelso, P. Get the Lead out! Proactive Risk Measures in Response to America's Environmental Crisis. 2017 EECMA Conference. April 2017.

Edlin, N.; Love, A.H. (2016) Did Law Kill Science? Understanding the Impact of Davis v. Honeywell and the "One Fiber Theory" on Asbestos and Environmental Cases. FETTI Conference. September 2016.

Love, A.H., (2010) Understanding Agent Fate Systems: Is the perfect the enemy of the good? The 2010 Chemical and Biological Defense Science and Technology Conference. Orlando, Florida. 15-19 November 2010.

Love, A.H., Koester, C.J., Alcaraz, A., Hanna, M.L., Ho, P., Reynolds, J.G., Raber, E. (2007) "Determining CWA Environmental Fate to Optimize Remediation for Indoor Facilities." 2007 EPA Decontamination Workshop. Durham, North Carolina, June 20-22, 2007.

Love, A.H., Koester, C.J., Alcaraz, A., Hanna, M.L., Ho, P., Reynolds, J.G., Raber, E. (2007) "Determining CWA Environmental Fate to Optimize Remediation for Indoor Facilities." 6th DHS Conference on Chemical and Biological Technologies: Food Protection, Restoration, and Architecture Studies. Madison Wisconsin, June 5-8, 2007.

Love, A.H. (2006) "Radiologic Dispersal Devices: Enhancing Response Capability" LLNL Educational Outreach to DTRA CB Defense. August 31, 2006. Fort Belvoir, Virginia.

10/2018
EXHIBIT 15
555 12th Street Suite 250 | Oakland CA 94607
Main: (415) 967-6000 | Direct: (415) 967-6023
Email: alove@rouxinc.com | Website: www.rouxinc.com
6 of 7
6

Love, A.H. (2005) Determining Important Parameters Related to Cyanobacterial Alkaloid Toxin Exposure. International Symposium on Cyanobacterial Harmful Algal Blooms (ISOC-HAB). U.S. Environmental Protection Agency. Durham, North Carolina. Sept 6-8, 2005.

Love, A.H., Davisson, M.L., Vance, A.L., Reynolds, J.G. (2005) Understanding the Interaction of Chemical Agents with Environmental Matrices at Low Levels. Working Together: R&D Partnerships in Homeland Security. April 2005. Boston, Massachusetts.

**Weapons of Mass Destruction Preparation and Response**

Love, A.H., Hanna, M.L., Hok, S., Smith, W.J., Vu, A.K., Reutter, D., Raber, E. (2010) Evaluating Strategies for CWA Decontamination of Indoor Facilities. 2010 US EPA Decontamination Research and Development Conference. Research Triangle Park, North Carolina. April 13-15, 2010.

Glascoe, L., Alai, M., Love, A.H., Johnson, M., Einfeld, W. (2005) A Technology Acquisition Strategy for the Security of Water Distribution Networks. AWWA Water Security Congress. Oklahoma City, OK. April 2005.

**Site Investigation and Remediation**

Love, A.H.; Sullivan, C.N.; Alviggi, C. (2018) What, me worry? Environmental Reopeners. DRI Toxic Tort and Environmental Seminar. March 2018.

Nuti, P., Love, A.H. (2010) Navigating the Complexities of Sediment Site Cleanup. 2010 EECMA Conference. May 2010.

Love, A.H.; Stevens, M.A.; Silver, L. (2012) The Anatomy of an Environmental Standard. 2012 EECMA Conference. May 2012.

Wozniak, A.A., Love, A.H. (2011) Optimizing Environmental Costs: Are Insureds Paying Too Much?. 2011 EECMA Conference. May 2011.

**Other Presentations**

Love, A.H.; Singarella, P.; Tai, S.; Wiseman, H. (2018) Science on Trial: Is It Legally Honest?. American Bar Association Section of Environmental, Energy, and Resources. 47th Spring Conference. April 20, 2018.

**PROFESSIONAL AFFILIATIONS AND ACTIVITIES**

- Editorial Board - Journal of Environmental Forensics
- ABA Section of Litigation – Expert Witness Committee
- International Society of Environmental Forensics
- American Chemical Society (ACS), Member #2301067
- Forensic Expert Witness Association
- Bar Association of San Francisco
- DRI
- Organization for the Prohibition of Chemical Weapons (2013 Nobel Peace Prize Recipient), US Analysis Team at Lawrence Livermore National Laboratory, 2004-2009.

**PATENTS**

Systems and methods for generation of hydrogen peroxide vapor. United States Patent 08899556

Stabilizing Griess reagent for explosives detection. United States Application 20070065944

10/2018
EXHIBIT 15
555 12th Street Suite 250 | Oakland CA 94607
Main: (415) 967-6000 | Direct: (415) 967-6023
Email: alove@rouxinc.com | Website: www.rouxinc.com
7 of 7
7