Gregory J. Newmark (SBN: 190488)
gnewmark@meyersnave.com
Shiraz D. Tangri (SBN: 203037)
stangri@meyersnave.com
Vidya Venugopal (SBN: 310172)
vvenugopal@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
707 Wilshire Blvd., 24th Floor
Los Angeles, California 90017
Telephone: (213) 626-2906
Facsimile: (213) 626-0215

Attorneys for Defendant
CITY OF VACAVILLE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA RIVER WATCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF VACAVILLE,<br><br>　　　　Defendant. | Case No. 2:17-cv-00524-KJM-KJN<br><br>**DECLARATION OF ADAM LOVE IN SUPPORT OF DEFENDANT CITY OF VACAVILLE'S OPPOSITION TO PLAINTIFF CALIFORNIA RIVER WATCH'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　March 8, 2019<br>Time:　　10:00 a.m.<br>Crtrm.:　3<br><br>Trial Date:　　Vacated |

I, Adam Love, declare as follows:

1. I am a Vice President and Principal Scientist at Roux Associates with expertise in environmental forensics (source, timing, and divisibility of contaminant releases), site characterization, remediation, and contaminant transport analysis. I have a Ph.D in Environmental Engineering, a Master's degree in Material Science and Mineral Engineering, and a Bachelor's degree in Geoscience. I have over 20 years of relevant experience that includes the assessment and forensics of numerous sites throughout the United States, including sites with hexavalent chromium contamination.

2. Attached to Gregory J. Newmark's Declaration in support of Vacaville's Motion for Summary Judgment (filed on January 15, 2019) as Exhibit 10 is a true and correct copy of Attachment A, B, C and D of my expert report dated October 4, 2018 and executed by me.

3. Attachment A is a true and correct copy of my expert report along with my professional profile. I have personal knowledge of the facts set forth therein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated therein.

4. Attachment B and C of Exhibit 10 consists of production well water quality data and distribution well water quality data provided by the City of Vacaville in response to discovery requests in this matter.

5. Attachment D of Exhibit 10 consists of results from various public databases that aided in the formulation of my opinion.

6. Having been designated as an expert witness for captioned case by Defendant City of Vacaville, I have done extensive research into the drinking water standards for hexavalent chromium and guidelines applicable for the City Vacaville.

7. My research has clearly shown that the Office of Environmental Health and Hazard Assessment's ("OEHHA") Public Health Goal ("PHG") for hexavalent chromium is not intended to be, nor is it, an enforceable regulatory limit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this   first   day of February, 2019, in Oakland, California.

_____
Adam Love, Ph.D.

3161710.1

---
3
LOVE DECL ISO VACAVILLE'S OPPOSITION TO CRW'S MOTION FOR SUMMARY JUDGMENT