1 Gregory J. Newmark (SBN: 190488)
gnewmark@meyersnave.com
2 Shiraz D. Tangri (SBN: 203037)
stangri@meyersnave.com
3 Vidya Venugopal (SBN: 310172)
vvenugopal@meyersnave.com
4 MEYERS, NAVE, RIBACK, SILVER & WILSON
707 Wilshire Blvd., 24th Floor
5 Los Angeles, California 90017
Telephone: (213) 626-2906
6 Facsimile: (213) 626-0215

7 Attorneys for Defendant
CITY OF VACAVILLE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| CALIFORNIA RIVER WATCH,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF VACAVILLE,<br><br>    Defendant. | Case No. 2:17-cv-00524-KJM-KJN<br><br>**ORDER PARTIALLY DISMISSING CLAIMS**<br><br>Trial Date:    Vacated |
|---|---|

The Court, having considered Plaintiff California River Watch ("Plaintiff") and Defendant City of Vacaville's ("Defendant" or "Vacaville") stipulation for partial dismissal of Plaintiff's claims in this action, and good cause appearing therefor, HEREBY ORDERS THAT:

(1)    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), any and all claims, contentions allegations or assertions by Plaintiff that Vacaville has violated the Resource Conservation and Recovery Act (RCRA) in connection with the discharge or release of water from Defendant's potable water system into the environment are HEREBY DISMISSED WITH PREJUDICE;

(2)    This dismissal obviates the need for the Court to rule on Plaintiff's claims regarding an alleged endangerment to the environment in resolving the Parties pending cross-motions for summary judgment (Dkt. Nos. 40 and 51); and,

(3) Except as specifically provided in their Settlement Agreement and Release, the Parties will each bear their own attorneys' fees and costs in connection with the claims dismissed in this stipulation.

**IT IS SO ORDERED.**

DATED: February 7, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE