Gregory J. Newmark (SBN: 190488)
gnewmark@meyersnave.com
Shiraz D. Tangri (SBN: 203037)
stangri@meyersnave.com
Vidya Venugopal (SBN: 310172)
vvenugopal@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
707 Wilshire Blvd., 24th Floor
Los Angeles, California 90017
Telephone: (213) 626-2906
Facsimile: (213) 626-0215

Attorneys for Defendant
CITY OF VACAVILLE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA RIVER WATCH, | Case No. 2:17-cv-00524-KJM-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DEADLINE FOR BILL OF COSTS** |
| v. | |
| CITY OF VACAVILLE, | Trial Date:   Vacated |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES AS FOLLOWS:**

Plaintiff California River Watch ("Plaintiff") and Defendant City of Vacaville ("Defendant" or "Vacaville") (collectively, the "Parties") by and through their respective attorneys of record, hereby respectfully apply to this Court for an Order allowing Vacaville to withdraw its current Bill of Costs and extending the deadline for Vacaville to submit its Bill of Costs.

**RECITALS**

WHEREAS, in compliance with Eastern District Local Rule 292(b), Vacaville filed its Bill of Costs and supporting documentation on August 3, 2020 (Dkt No. 81), within 14 days of entry of judgment or order (Dkt. No. 80);

WHEREAS, based on the Eastern District Local Rule 292(c), Plaintiff is required to file

1 specific objections to the costs claimed within seven (7) days from the date of service of the Bill of
2 Costs;

3     WHEREAS, the Parties are working towards a resolution with regard to costs claimed and
4 require additional time to discuss the issue;

5     WHEREAS, the Parties mutually believe it would be beneficial and efficient to resolve this
6 and avoid motion practice;

7     WHEREAS, the Parties agree that withdrawal of Vacaville's Cost Bill and an extension of
8 the deadline to submit the Cost Bill up to and including August 18, 2020, would allow for this
9 resolution;

10     WHEREAS, the Parties agree that these facts constitute good cause for the requested
11 extension.

12 **STIPULATION**

13     NOW THEREFORE, IT IS HEREBY STIPULATED, between the Parties, subject to this
14 Court's approval, that upon entry of the Court's order on this stipulation, Vacaville's Bill of Costs
15 will be withdrawn and the deadline for Vacaville to submit its Bill of Costs will be extended up to
16 and including August 18, 2020.

17

18 DATED: August 4, 2020        MEYERS, NAVE, RIBACK, SILVER & WILSON

19

20                               By:   /s/ Gregory J. Newmark
21                                    GREGORY J. NEWMARK
                                   Attorneys for Defendant
22                                  CITY OF VACAVILLE

23

24

25

26

27

28

1 | DATED: August 4, 2020            LAW OFFICES OF JACK SILVER

2

3

   By:   /s/ Jack Silver
4          JACK SILVER
           Attorneys for Plaintiff CALFORNIA RIVER
5          WATCH

6

7 | DATED: August 4, 2020            LAW OFFICES OF DAVID J. WEINSOFF

8

9

   By:   /s/ David J. Weinsoff
10         DAVID J. WEINSOFF
           Attorneys for Plaintiff CALFORNIA RIVER
11         WATCH

**ORDER**

This Court, having received and reviewed the Stipulation of the Parties referenced immediately above, and finding good cause therefore,

IT IS HEREBY ORDERED THAT:

1. Defendant City of Vacaville's Bill of Costs (Dkt No. 81) is hereby withdrawn, and

2. The deadline for Defendant City of Vacaville to submit a bill of costs is hereby extended up to and including August 18, 2020.

**IT IS SO ORDERED.**

DATED: August 8, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE