Jack Silver, Esq. SB #160575
LAW OFFICE OF JACK SILVER
708 Gravenstein Hwy North. # 407
Sebastopol, CA 95472-2808
Tel. (707) 528-8175
Email: JSilverEnvironmental@gmail.com

David J. Weinsoff, Esq. SB #141372
LAW OFFICE OF DAVID J. WEINSOFF
138 Ridgeway Avenue
Fairfax, CA 94930
Tel. (415) 460-9760
Email: david@weinsofflaw.com

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CALIFORNIA RIVER WATCH, an IRC Section 501(c)(3), non-profit, public benefit Corporation,<br><br>    Plaintiff,<br>v.<br><br>CITY OF VACAVILLE,<br><br>    Defendant. | No.  2:17-cv-00524 KJM-KJN<br><br>**STIPULATION FOR WITHDRAWAL OF BILL OF COSTS; ORDER**<br><br>Date:  September 9, 2022<br>Time: 10:00 a.m.<br>Courtroom:  3<br>Hon. Kimberly J. Mueller |
|---|---|

IT IS HEREBY STIPULATED, by and between Plaintiff, CALIFORNIA RIVER WATCH, and Defendant CITY OF VACAVILLE, by and through their counsel of record, that:

Plaintiff, CALIFORNIA RIVER WATCH, hereby withdraws its Bill of Costs filed with this Court on October 8, 2021 (EFC No. 95).

DATED: August 3, 2022						LAW OFFICE OF JACK SILVER

								By: ___/s/ Jack Silver_____
								       Jack Silver
								       Attorneys for Plaintiff
								       CALIFORNIA RIVER WATCH

DATED: August 3, 2022						LAW OFFICE OF DAVID J. WEINSOFF

								By: ___/s/ David J. Weinsoff_____
								       David J. Weinsoff
								       Attorneys for Plaintiff
								       CALIFORNIA RIVER WATCH

DATED: August 5, 2022						MEYERS, NAVE, RIBACK, SILVER & WILSON

								By: __/s/ Gregory J. Newmark_____
								       Attorneys for Defendant
								       CITY OF VACAVILLE

*Filer's Attestation:* Jack Silver hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.

								___/s/ Jack Silver_____
								      Jack Silver

**ORDER**

**IT IS SO ORDERED**.

**DATED:** August 18, 2022.

								_____
								CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION FOR NOTICE OF WITHDRAWAL OF BILL OF COSTS; ORDER                                                   NO. 2:17-cv-00524-KJM-KJN